Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
J. Rudy Freeman (CA Bar No. 188032)
PACHULSKI STANG ZIEHL YOUNG JONES &
  WEINTRAUB LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Debtors and Debtors in Possession
People's Choice Home Loan, et al.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**PEOPLE'S CHOICE HOME LOAN, INC., et al.,**[1]<br><br>Debtors | Case No.: SA 07-10765-RK<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. SA 07-10767-RK and 07-10772-RK)<br><br>**NOTICE OF ABANDONMENT OF PERSONAL PROPERTY LOCATED AT 1901 BUTTERFIELD ROAD, DOWNERS GROVE, ILLINOIS** |

PROPOSED ABANDONMENT EFFECTIVE DATE: MAY 23, 2007

OPPOSITION /RESPONSE DEADLINE: **May 23, 2007 at 4:00 p.m. (Pacific Time)**

THIS NOTICE IS BEING PROVIDED TO YOU PURSUANT TO THE *ORDER PURSUANT TO SECTIONS 105, 363, AND 554 OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING (1) PROCEDURES FOR ABANDONMENT OR SALE OF PERSONAL PROPERTY OF DE MINIMIS VALUE, (2) THE ABANDONMENT OR SALE OF SUCH PROPERTY PURSUANT TO SUCH PROCEDURES, AND (3) THE APPROVAL OF THE SALE OF CERTAIN ASSETS OF DE MINIMIS VALUE* ENTERED ON MAY 4, 2007 ("COURT ORDER"). YOU MUST ADHERE TO THE TERMS OF THIS NOTICE AND THE COURT

---

[1] The Debtors are People's Choice Home Loan, Inc., a Wyoming corporation, Fed. Tax I.D. No.: 94-3348277; People's Choice Funding, Inc., a Delaware corporation, Fed. Tax I.D. No.: 20-1156865; and People's Choice Financial Corporation, a Maryland corporation, Fed. Tax I.D. No.: 20-1157100.

ORDER IN ORDER TO PROTECT YOUR RIGHTS. IF YOU OPPOSE THE PROPOSED ABANDONMENT OF PERSONAL PROPERTY (DESCRIBED BELOW), YOU MUST FOLLOW THE PROCEDURES DESCRIBED BELOW AND IN THE COURT ORDER. PLEASE READ THE FOLLOWING PROCEDURES CAREFULLY.

The above-captioned debtors and debtors in possession (the "Debtors") shall abandon certain personal property pursuant to the procedures approved by the Court Order. Please note the objection and other procedures set forth herein have previously been approved by the Court pursuant to the Court Order and, therefore, any objections that you may have as to these procedures shall not be considered and shall not be deemed an objection to the proposed abandonment of personal property as set forth in the table below.

| | |
|---|---|
| 1. Property Address (if applicable): | 1901 Butterfield Road<br>Suite 810<br>Downers Grove, Illinois 60515 |
| 2. Personal Property on Premises, if any, Proposed to Be Abandoned by Debtors: | Two monitors, trophies, personal artwork, other miscellaneous insignificant personal property owned by Debtors located at the above stated premises |
| 3. Estimated Value of Preceding Item 2: | Negligible |
| 4. Name/Address of Third Party, if any, Asserting Interest in Item 2: | None |
| 5. Marketing Efforts | None |
| 6. Purchase Offers, if any, Received by Debtors for Item 2 | None |

Opposition Procedures:

- If you object to the proposed abandonment of personal property as described above, you **MUST** serve on Debtors' counsel and the other parties listed below (the "Notice Parties") and file with the Clerk of the Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593, a written objection to this Notice. All objections must be filed with the Bankruptcy Court and be received by the Notice Parties by **May 23, 2007 at 4:00 p.m. (Pacific Time)** ("Objection Deadline").

- If an objection is not timely and properly filed and served in accordance with the preceding paragraph, the proposed abandonment of personal property shall be deemed effective, without further notice, hearing, or order of the Bankruptcy Court, as of May 23, 2007. If an objection is timely and properly served and filed, the Court will schedule a hearing to consider this Notice and the objection.

Notice Parties:

(i)  bankruptcy counsel for the Debtors, Pachulski Stang Ziehl Young Jones & Weintraub LLP, at (i) 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067; facsimile: (310) 201-0760; Attn: Jeffrey Dulberg;

(ii) proposed counsel for the Official Committee of Unsecured Creditors in this case, Winston & Strawn LLP, 333 S. Grand Ave., 38th Floor, Los Angeles, CA 90071, Attn. Eric E. Sagerman.

Third Party Interests: Any third parties who may assert an interest in or claim to the personal property proposed to be abandoned by the Debtors (Item 2 above) must contact the Debtors' counsel regarding removal of the property and remove such property from the applicable premises prior to the expiration of the Objection Deadline or in lieu thereof, file and serve an objection to the proposed abandonment by no later than the Objection Deadline in accordance with the procedures described above, or in default thereof, the landlord (or its designee) shall be free to dispose of any such property.

Security Deposit(s): If the Debtors have deposited monies with you as a security deposit or under other similar arrangement(s), you may not setoff or otherwise use such deposit without the prior authority of the Bankruptcy Court.

Dated: May 16, 2007           PACHULSKI STANG ZIEHL YOUNG JONES
                              & WEINTRAUB LLP


                              By    /s/ Scotta E. McFarland
                                 Jeremy V. Richards
                                 Jeffrey W. Dulberg
                                 Scotta E. McFarland
                                 J. Rudy Freeman

                              Attorneys for Debtors and Debtors in Possession