1   Jeremy V. Richards (CA Bar No. 102300)
    Jeffrey W. Dulberg (CA Bar No. 181200)
2   Scotta E. McFarland (CA Bar No. 165391)
    J. Rudy Freeman (CA Bar No. 188032)
3   PACHULSKI STANG ZIEHL YOUNG JONES &
        WEINTRAUB LLP
4   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California  90067-4100
5   Telephone: 310/277-6910
    Facsimile: 310/201-0760
6
    Attorneys for Debtors and Debtors in Possession
7   People's Choice Home Loan, *et al.*

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                         **SANTA ANA DIVISION**

11  In re                              Case No.: SA 07-10765-RK

12  **PEOPLE'S CHOICE HOME LOAN,**     Chapter 11
    **INC., *et al.*,**[1]
13                                     (Jointly Administered with Case Nos.
                        Debtors        SA 07-10767-RK and 07-10772-RK)
14
15                                     **NOTICE OF ABANDONMENT OF
                                       PERSONAL PROPERTY LOCATED
16                                     AT THREE GATEWAY, 410 NORTH
                                       44TH STREET, SUITE 300, PHOENIX
17                                     ARIZONA**
18
19
20
21      PROPOSED ABANDONMENT EFFECTIVE DATE:  MAY 31, 2007

22      OPPOSITION /RESPONSE DEADLINE:  **May 31, 2007 at 4:00 p.m. (Pacific Time)**

23          THIS NOTICE IS BEING PROVIDED TO YOU PURSUANT TO THE *ORDER
    PURSUANT TO SECTIONS 105, 363, AND 554 OF THE BANKRUPTCY CODE AUTHORIZING*
24  *AND APPROVING (1) PROCEDURES FOR ABANDONMENT OR SALE OF PERSONAL
    PROPERTY OF DE MINIMIS VALUE, (2) THE ABANDONMENT OR SALE OF SUCH*
25  *PROPERTY PURSUANT TO SUCH PROCEDURES, AND (3) THE APPROVAL OF THE SALE
    OF CERTAIN ASSETS OF DE MINIMIS VALUE* ENTERED ON MAY 4, 2007 ("COURT
26

27  ─────────────
    [1] The Debtors are People's Choice Home Loan, Inc., a Wyoming corporation, Fed. Tax I.D. No.: 94-3348277; People's
28  Choice Funding, Inc., a Delaware corporation, Fed. Tax I.D. No.: 20-1156865; and People's Choice Financial
    Corporation, a Maryland corporation, Fed. Tax I.D. No.: 20-1157100.

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

ORDER"). YOU MUST ADHERE TO THE TERMS OF THIS NOTICE AND THE COURT ORDER IN ORDER TO PROTECT YOUR RIGHTS. IF YOU OPPOSE THE PROPOSED ABANDONMENT OF PERSONAL PROPERTY (DESCRIBED BELOW), YOU MUST FOLLOW THE PROCEDURES DESCRIBED BELOW AND IN THE COURT ORDER. PLEASE READ THE FOLLOWING PROCEDURES CAREFULLY.

The above-captioned debtors and debtors in possession (the "Debtors") shall abandon certain personal property pursuant to the procedures approved by the Court Order. Please note the objection and other procedures set forth herein have previously been approved by the Court pursuant to the Court Order and, therefore, any objections that you may have as to these procedures shall not be considered and shall not be deemed an objection to the proposed abandonment of personal property as set forth in the table below.

| | |
|---|---|
| 1. Property Address (if applicable): | Three Gateway<br>410 North 44th St.<br>Suite 300<br>Phoenix, Arizona |
| 2. Personal Property on Premises, if any, Proposed to Be Abandoned by Debtors: | Any miscellaneous office furniture, equipment and supplies remaining at the above location as of 11:59 p.m., May 31, 2007. |
| 3. Estimated Value of Preceding Item 2: | Negligible |
| 4. Name/Address of Third Party, if any, Asserting Interest in Item 2: | None |
| 5. Marketing Efforts | None |
| 6. Purchase Offers, if any, Received by Debtors for Item 2 | None |

Opposition Procedures:

• If you object to the proposed abandonment of personal property as described above, you **MUST** serve on Debtors' counsel and the other parties listed below (the "Notice Parties") and file with the Clerk of the Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593, a written objection to this Notice. All objections must be filed with the Bankruptcy Court and be received by the Notice Parties by **May 31, 2007 at 4:00 p.m. (Pacific Time)** ("Objection Deadline").

• If an objection is not timely and properly filed and served in accordance with the preceding paragraph, the proposed abandonment of personal property shall be deemed effective, without further notice, hearing, or order of the Bankruptcy Court, as of May 31, 2007. If an objection is timely and properly served and filed, the Court will schedule a hearing to consider this Notice and the objection.

Notice Parties:

(i) bankruptcy counsel for the Debtors, Pachulski Stang Ziehl Young Jones & Weintraub LLP, at (i) 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067; facsimile: (310) 201-0760; Attn: Jeffrey Dulberg;

30395-002\DOCS_LA:167645.1        2

1

2    (ii)  proposed counsel for the Official Committee of Unsecured Creditors in this case, Winston & Strawn LLP, 333 S. Grand Ave., 38th Floor, Los Angeles, CA 90071, Attn. Eric E.

3 Sagerman.

4    Third Party Interests:  Any third parties who may assert an interest in or claim to the personal property proposed to be abandoned by the Debtors (Item 2 above) must contact the Debtors' counsel

5 regarding removal of the property and remove such property from the applicable premises prior to the expiration of the Objection Deadline or in lieu thereof, file and serve an objection to the

6 proposed abandonment by no later than the Objection Deadline in accordance with the procedures described above, or in default thereof, the landlord (or its designee) shall be free to dispose of any

7 such property.

8    Security Deposit(s):  If the Debtors have deposited monies with you as a security deposit or under other similar arrangement(s), you may not setoff or otherwise use such deposit without the

9 prior authority of the Bankruptcy Court.

10

11

12 Dated:  May 24, 2007   PACHULSKI STANG ZIEHL YOUNG JONES

13           & WEINTRAUB LLP

14       By _____/s/ Scotta E. McFarland_____

15         Jeremy V. Richards
          Jeffrey W. Dulberg

16         Scotta E. McFarland
          J. Rudy Freeman

17        Attorneys for Debtors and Debtors in Possession

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

# PROOF OF SERVICE

2    STATE OF CALIFORNIA                    )
                                            )
3    COUNTY OF LOS ANGELES                  )

4

5        I, Myra Kulick, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

6

7        On May 24, 2007, I caused to be served the **NOTICE OF ABANDONMENT OF PERSONAL PROPERTY LOCATED AT THREE GATEWAY, 410 NORTH 44TH STREET, SUITE 300, PHOENIX ARIZONA** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

8

9        *Please see attached Service List*

10

11    ☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12

13

14    ☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

15

16

17    ☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address .

18    ☑ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

19

20

21    ☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

22    ☑ (BY OVERNIGHT DELIVERY) By sending by      to the addressee(s) as indicated on the attached list.

23

24        I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

25        Executed on May 24, 2007, at Los Angeles, California.

26

27    *Myra Kulick*
      Myra Kulick

28

PACHULSKI STANG ZIEHL, YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

## Service List

2

3  *Via FedEx*
   CMD Realty Investors, L.P.
   Suite 500
4  2000 RiverEdge
   Atlanta, Georgia  30328
5  Attention:  Regional Manager

6
   *Via FedEx*
7  CMD Realty Investors, L.P.
   227 West Monroe Street
8  Suite 3900
   Chicago, Illinois  60606
9  Attention:    General Counsel and
                  Asset Manager
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## 2002 SERVICE LIST INCLUDING COMMITTEE OF UNSECURED CREDITORS

**U.S. Trustee's Office**
Peter C. Anderson, United States Trustee
Nancy Goldenberg
Office of the U.S. Trustee
Ronald Reagan Federal Building &
411 W. Fourth Street, Suite 9041
Santa Ana, CA  92701
*Via Email: nancy.goldenberg@usdoj.gov*

**Debtors**
Brad Plantiko, Executive Vice President
People's Choice Financial Corp.
7515 Irvine Center
Irvine, CA  92618
*Via Email: bplantiko@pchl.com*

People's Choice Home Loan, Inc.
7515 Irvine Center
Irvine, CA  92618
*Via FedEx*

People's Choice Funding, Inc.
7515 Irvine Center
Irvine, CA  92618
*Via FedEx*

**Debtor's Financial Advisor**
Matt Kvarda, Managing Director
Alvarez & Marsal LLC
633 W. Fifth Street, Suite 2560
Los Angeles, CA  90071
*Via Email: mkvarda@alvarezandmarsal.com*

**Regulatory Counsel**
Ronald J. Lieberman, Esq.
Hunton & Williams LLP
600 Peachtree Street, NE
4100 Bank of America Plaza
Atlanta, GA  30308-2216
*Via Email: rlieberman@hunton.com*

**Counsel for Committee of Unsecured Creditors**
Eric E. Sagerman
Justin E. Rawlins
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071
*Via Email:     esagerman@winston.com
                jrawlins@winston.com*

Keith A. McDaniels
Winston & Strawn LLP
101 California Street, 39th Floor
San Francisco, CA  94111-5802
*Via Email: kmcdaniels@winston.com*

**Committee of Unsecured Creditors**
Chris Schoen, Managing Director
Credit Suisse First Boston LLC
DLJ Mortgage Capital, Inc.
Eleven Madison Avenue
New York, NY  10010
*Via FedEx*

Patrick Dodman, Director
Credit Suisse First Boston LLC
DLJ Mortgage Capital, Inc.
Eleven Madison Avenue
New York, NY  10010
*Via FedEx*

Michael A. Criscito
DLJ Mortgage Capitol, Inc.
Eleven Madison Avenue
New York, NY  10010
*Via Email: Michael.criscito@credit-suisse.com*

William McCreary, Jr.
Fidelity National Information Services (LSI Tax Services)
3100 New York Dr., Suite 100
Pasadena, CA  91107
*Via Email: bill.mccreary@fnf.com*

E Mortgage Logic, LLC
Gene O'Bannon & Ralph Sells
8317 Whitley Road
Forth Worth, TX  76148
***Via Email:*** *gobannon@emortgagelogic.com*
*rsells@emortgagelogic.com*

Neil Luris
Residential Funding Company, LLC
8400 Normandale Lake Blvd., Suite 250
Minneapolis, MN  55437
***Via FedEx***

Carla Hastings
I Direct Marketing Inc.
9880 Research Drive, Suite 100
Irvine, CA  92618
***Via Email:*** *chastings@idirectmarketing.com*

Counsel for iDirect Marketing, Inc.
Rebecca Callahan, Esq.
Callahan Law Corporation
5120 Campus Drive
Newport Beach, CA  92660
***Via Email:*** *rcallahan@callahanlaw.biz*

Counsel for Residential Funding Company, LLC
Michael R. Stewart
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
***Via Email:*** *mstewart@faegre.com*

Counsel for Residential Funding Company, LLC
David J. McCarty
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA  90071
***Via Email:*** *dmccarty@sheppardmullin.com*

Mitchell Nomura, Director
Residential Funding Corporation
1646 North Carolina Blvd., Suite 400
Walnut Creek, CA  94596
***Via FedEx***

Residential Funding Company, LLC
7501 Wisconsin Avenue, Suite 900
Bethesda, MD  20814-6528
Attn: Sophie Schubert, Senior Credit Officer
***Via FedEx***

Residential Funding Company, LLC
Master Servicing Division
2255 North Ontario Street, Suite 400
Burbank, CA  91504
Attn: Senior Compliance Officer
***Via FedEx***

Residential Funding Company, LLC
9350 Waxie Way, 1st Floor
San Diego, CA  92123
Attn: Karlyn Kent, Managing Director
***Via FedEx***

**Warehouse Lenders**

Counsel for Bear Stearns & Co. and EMC
Mortgage Company
Marc J. Winthrop, Esq.
Paul J. Couchot, Esq.Winthrop Couchot
Professional Corporation
660 Newport Center Drive, Fourth Floor
Newport Beach, CA  92660
***Via Email:*** *mwinthrop@winthropcouchot.com*
*pcouchot@winthropcouchot.com*
*pj@winthropcouchot.com*

**Servicer**
EMC Mortgage Corporation
Two MacArthur Ridge
909 Hidden Ridge Drive, Suite 200
Irving, TX  75038
Attn: Jenna Kemp
***Via FedEx***

Stephen Golden
EMC Mortgage Corporation
2780 Lake Vista Drive
Lewisville, TX  75067
***Via Email:*** *sgolden1@bear.com*

Chris Scott, Senior Managing Director
Bear Stearns & Co.
Mortgage Trading Desk
383 Madison Ave.
New York, NY   10179
*Via Email:* _cscott@bear.com_

Eileen Albus
Bear Stearns Mortgage Capital Corp.
383 Madison Avenue
New York, NY   10179
*Via Email:* _ealbus@bear.com_

~~Credit Based Asset Servicing and Securitization~~
~~LLC~~
~~335 Madison Avenue - 19th Floor~~
~~New York, NY   10017~~
~~*Via FedEx*~~

Geoff Hader
C-BASS, LLC
335 Madison Ave, 19th Floor
New York, NY, 10017
*Via Email:* _geoff@c-bass.com_

DB Structured Products, Inc.
60 Wall Street
New York, NY   10005
Attn: Michael Commaroto, Managing Director
*Via Email:* _Michael.commaroto@db.com_

Paul Mangione, Director
Deutsche Bank Securities
60 Wall Street
New York, NY   10005
*Via Email:*   Michael.commaroto@gmacrfc.com
          paul.mangione@db.com

Troy Gibbens
GMAC-RFC
8400 Normandale Lake Blvd, Suite 250
Minneapolis, MN   55437
*Via Email:* _troy.gibbens@gmacrfc.com_

Goldman Sachs Mortgage Company
85 Broad Street
New York, NY   10004
Attn: Christopher Gething
*Via FedEx*

~~Steve Harris, Vice President~~
~~Goldman Sachs~~
~~85 Broad Street~~
~~New York, NY   10004~~
~~*Via Email:* steve.harris@gs.com~~

Goldman Sachs - Robert Bittmann
100 Second Ave South, Suite 200S
St Petersburg, FL   33701
*Via Email:*   Robert.Bittmann@gs.com

HSBC Mortgage Services Inc.
6060 J.A. Jones Drive
Charlotte, NC   28287
Attn: Business Relations
*Via FedEx*

HSBC Mortgage Services Inc.
2700 Sanders Road
Prospect Heights, IL   60070
Attn: General Counsel
*Via FedEx*

Scott Lechner, Senior Vice President
Lehman Brothers Holdings Inc.
745 Seventh Avenue, 19th Floor
New York, NY   10019
*Via Email:* _slechner@lehman.com_

Matt McMiller - Mortgage Trading
Lehman Brothers Holdings Inc.
745 Seventh Avenue, 6th
New York, NY   10019
*Via Email:* _mcmiller@lehman.com_

Mr. Heston Gray
Aurora Loan Services
327 Inverness Dr. South, 3rd Floor
Englewood, CO 80112
*Via FedEx*

Merrill Lynch Mortgage Lending, Inc.
4 World Financial Center
New York, NY  10080
Attn: Diane Alexander
*Via FedEx*

John P. O' Grady, Director, Whole Loan Trading
Merrill Lynch
4 World Financial Center
New York, NY  10080
*Via FedEx*

Neuwest Equity Partners, Inc.
30320 Rancho Viejo Road, Suite 4
San Juan Capistrano, CA  92675
Attn: R.P. Neudecker
*Via Email:  rpneudecker@neuwest.com*

Nomura Credit & Capital, Inc.
2 World Financial Center, Building B, 21st Floor
New York, NY  10281
Attn:  Dante LaRocca, Managing Director
*Via Email:  dlarocca@us.nomura.com*

Nomura Credit & Capital, Inc.
Legal Department
2 World Financial Center, Building B,
18th Floor
New York, NY  10281
*Via FedEx*

Steve Katz, Managing Director,
Whole Loan Trading
Nomura Securities
2 World Financial Center, 21st Floor
New York, NY  10281
*Via Email:  skatz@us.nomura.com*

Saxon Mortgage, Inc.
4840 Cox Road
Glen Allen, VA  23060
Attn: Senior Vice President- Capital Markets
*Tel:  (800) 594-8422*
*Via Fax:  (804) 217-7534*

Saxon Mortgage, Inc.
4840 Cox Road
Glen Allen, VA  23060
Attn: General Counsel
*Via FedEx*

Ernie Bretana, Sr. Vice President
Saxon Mortgage, Inc.
4860 Cox Road, Suite 300
Glen Allen, VA  23060
*Via Email:  bretanae@saxonmtg.com*

SN Servicing Corporation
323 Fifth St.
Eureka CA  95501
Attn: David Pollio
*Via FedEx*

SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street, 23rd Floor
Atlanta, GA  30308
Attn: Tony D. Atkins
*Via Email:  tony.atkins@suntrust.com*

SunTrust Banks, Inc.
303 Peachtree Street, 23rd Floor
Atlanta, GA  30308
Attn: Woodruff A. Polk
*Via Email:  woodruff.polk@suntrust.com*

Terwin Advisors LLC
45 Rockefeller Plaza, Suite 420
New York, NY  10111
Attn: Karey Geddes
*Tel:  (212) 218-5800*
*Via Fax:  (212) 218-5875*

Terwin Advisors LLC
45 Rockefeller Plaza, Suite 420
New York, NY  10111
Attn: Christopher Walcott, General Counsel
*Tel:  (212) 218-5800*
*Via Fax:  (212) 218-5875*

Vic Calandra, Sr Vice President,
Origination Sales
The Winter Group
21550 Oxnard St., Suite 630
Woodland Hills, CA 91367
*Via FedEx*

UBS Real Estate Securities Inc.
1285 Avenue of the Americas
New York, NY 10019
Attn: Glenn McIntyre
*Via Email: glenn.mcintyre@ubs.com*

UBS Real Estate Securities Inc.
1285 Avenue of the Americas
New York, NY 10019
Attn: General Counsel
*Via FedEx*

Michael Boyle
UBS Mortgage Trading
1285 Avenue of the Americas
New York, NY 10019
*Via Email: Michael.boyle@ubs.com*

Counsel for Washington Mutual Mortgage
Securitieis Corp.
Margaret M. Mann
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
*Via Email: Margaret.mann@hellerehrman.com*

Robert A. Trodella, Jr.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
*Via Email:*
*Robert.trodellajr@hellerehrman.com*

Washington Mutual Mortgage Securities Corp.
75 North Fairway Drive
Vernon Hills, IL 60061
Attn: Master Servicing Department
*Via FedEx*

Washington Mutual Legal Department
1201 Third Avenue, WMT 1706
Seattle, WA 98101
Attn: WMMSC
*Via FedEx*

George Davie
Mortgage Trading
Washington Mutual
623 Fifth Ave. 17 Fl.
New York, NY 10022
*Via Email: george.davie@wamu.com*

People's Choice Home Loan Securities Trust
Series 2005-1
c/o Wilmington Trust Company
Rodney Square North, 1100 North Market Street
Wilmington, Delaware 19890
Attention: Corporate Trust Administration
*Via FedEx*

**Requests for Special Notice**

Counsel for Washington Mutual Bank
Robert A. Trodella, Jr.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
*Via Email:*
*Robert.trodellajr@hellerehrman.com*

Counsel for Washington Mutual Bank
Margaret M. Mann
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
*Via Email: Margaret.mann@hellerehrman.com*

Counsel for Option One Mortgage Corporation
T. Robert Finlay, Esq.
Donna L. LaPorte, Esq.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
*Via Email: dlaporte@wrightlegal.net*

Attorneys for Creditor The Irvine Company
Dean P. Sperling
Law Office of Dean P. Sperling
201 East Sandpointe, Suite 220
Santa Ana, California  92707-5742
*Via Email:* *dean@sperlinglaw.com*

Attorneys for Ellington Management Group, Inc.
Patty Baron Tomasco
Brown McCarroll, LLP
111 Congress, Suite 1400
Austin, TX  78701
*Via Email:* *ptomasco@mailbmc.com*

Scott Y. Stuart, Esq.
Managing Director, Strategic Business
Development
419 Park Avenue South
New York, NY 10016
*Via Email:* *sstuart@donlinrecano.com*

Counsel for Credit Suisse First Boston Mortgage
and Capital LLC and DLJ Mortgage Capital, Inc.
Barry J. Dichter
Caldwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
*Via Email:* *barry.dichter@cwt.com*

Counsel for Credit Suisse First Boston Mortgage
and Capital LLC and DLJ Mortgage Capital, Inc.
Oscar Garza
Samuel A. Newman
Gibson, Dunn & Crutcher, LLP
333 S. Grand Avenue
Los Angeles, CA  90071
*Via Email:*    *ogarza@gibsondunn.com*
        *snewman@gibsondunn.com*

Counsel for Merrill Lynch Mortgage Lending, Inc.
Lance N. Jurich, Esq.
Derrick Talerico, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067
*Via Email:*    *ljurich@loeb.com*
        *dtalerico@loeb.com*

Counsel for Friedman, Billings, Ramsey & Co.,
Inc.
Manatt, Phelps & Phillips, LLP
Attn:  Ivan L. Kallick
Ileana M. Hernandez
11355 West Olympic Boulevard
Los Angeles, California  90064
*Via Email:* *ikallick@manatt.com*
        *ihernandez@manatt.com*

Investment Advisor
Friedman, Billings, Ramsey & Co., Inc.
Attn:  Craig Campbell, Managing Director
18101 Von Karman, Suite 950
Irvine, CA  92612
*Via Email:* *ccampbell@fbr.com*

Counsel for Glorious Sun Robert Martin LLC
and Mack Cali Realty LP
Wolff & Samson PC
Attn:  David N. Ravin
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey  07052
*Via Email:* *dravin@wolffsamson.com*

Christian Montalvo
802 ½ N. Spurgeon Street
Santa Ana, CA  92701
*Via FedEx*

Nidia Rodriguez
11909 Pluton Street
Norwalk, CA  90650
*Via FedEx*

Shayda E. Bakhtlari
2331 Northumberland Road
Orange, CA  92865
*Via FedEx*

Mike P. Riley
1425 Mariposa Drive
Corona, Ca  92879
*Via FedEx*

David Hester
2408 Valencia
Santa Ana, CA  92706
*Via FedEx*

Kelly Brooks
15221 Santa Gertrudes S202
La Mirada, CA  90638
*Via FedEx*

Tiffany D. McLimone
412 Santa Louisa
Irvine, CA  92614
*Via FedEx*

Sema Atavi
35 Red Bud
Aliso Viejo, CA  92656
*Via Email*:  atavi@yahoo.com

Chriss W. Street, Treasurer-Tax Collector
Attn:  Ratna D. Butani
**Post Office Box 1438**
Santa Ana, CA  92702-1438
*Tel*:  (714) 834-2275
*Via Fax*: (714) 834-6229

Craig Campbell, Esq.
Friedman, Billings & Ramsey
18101 Von Karman Avenue, #950
Irvine, CA  92612
*Via Email*:  ccampbell@fbr.com

Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100`
Irvine, CA  92614-5979
*Via Email*:    sbwolfe@wolfewyman.com
                yshaham@wolfewyman.com

Debbie Oliphant
2630 E. Denise Avenue
Orange, Ca  92867
*Via FedEx*

Shane Fowler
787 N. Adele Street, Unit #6
Orange, CA  92867
*Via FedEx*

Counsel for Federal Express Corporation
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510
*Via Email*:  charles@filardi-law.com

Paul James Purcell
6 Hartford
Irvine, Ca  92604
*Via Email*:  paulpurcell@sbcglobal.net

Ruel Kimpo
26420 Vincente Lugo
Mission Viego, Ca  92692
*Via Email*:  ruel.kimpo@cox.net

Marc Bonanni, Esq.
Stecroft Holdings, Inc. dba ELEADZ
65 Enterprise, Suite 370
Aliso Viejo, CA  92656
*Via Email*:  marcb@eleadz.com

Dipan Desai
1708 N. Brigantine Lane
Villa Park, Ca  92867
*Via Email*:  dave@westarfunding.com

Jonathan S. Escobar
2667 W. Loma Vista Drive
Rialto, CA  92377
*Via Email*:  jonathan.escobar6@gmail.com

Alfonso Mijares
7680 Beechwood Way
Stanton, Ca  90680
*Via Email*:  wildbull2002@yahoo.com

Bradley Pavia
27347 Sahara Place
Laguna Niguel, CA  92677
*Via Email*:  bradleycpavia@yahoo.com

Lee Fineman, Kaufman Kaufman & Miller LLP
16633 Ventura Boulevard
Suite 500
Encino, CA 91436
*Via Email: lfineman@kaufmanmiller.com*

Rodolfo S. Kiapeta
9 Cerner Court
Ladera Ranch, CA 92694
*Via Email: rudykiapeta@hotmail.com*

Counsel for Lillie Asbury
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
*Via Email: courtecl@edcombs.com*

~~Counsel for Juan Olivares and Jose Olivares~~
~~Robert B. Mobasseri~~
~~Law Offices of Robert B Mobasseri~~
~~445 S. Figueroa Street, 27th Floor~~
~~Los Angeles, CA 90071~~
~~*Via Email: Robert@lawyer.com*~~

Joseph Musso
Ronald Katzman
c/o Law Offices of Ronald M. Katzman
15300 Ventura Boulevard, Suite 507
Sherman Oaks, CA 91403-5844
*Via Email: rmkronlaw@msn.com*

Bob Perlof, President
Orange County Offset Printing
1715 E. Newport Circle
Santa Ana, CA 92705
*Via Email: bobp@ocoffset.com*

Counsel for Wells Fargo Bank, N.A.
David R. Weinstein
Sharon Z. Weiss
Weinstein, Weiss & Ordubegian LLP
1925 Century Park East, Suite 1150
Los Angeles, CA 90067-2712
*Via Email: dweinstein@wwolawyers.com*

Counsel for eMortgage Logic LLC
Jeffrey I. Golden, Esq.
Hutchison B. Meltzer, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
*Via Email: jgolden@wgllp.com*

Crystal Peeples, Corporate Treasurer
Banner-Williams Appraisers, Inc.
6443 Old Branch Avenue
Camp Springs, MD 20748
*Via FedEx*

Christina Caraveo
307 E. 21st Street, B
Costa Mesa, CA 92627
*Via Email: sonrisa60@hotmail.com*

Counsel for Natixis Real Estate Capital, Inc.
Sean A. O'Keefe, Esq.
Winthrop Couchot Professional Corporaiton
660 Newport Center Drive, Fourth Floor
Newport Beach, Ca 92660
*Via Email: sokeefe@winthropcouchot.com*

Gregory Petrick, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
*Via Email: Gregory.petrick@cwt.com*

Perm Narayan
293-V Country Brook Loop
San Ramon, CA 94583
*Via FedEx*

Counsel for the Department of Revenue
Sheryl L. Moreau, Special Asst Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
Post Office Box 475
Jefferson, MO 65105-0475
*Tel: (573) 751-5531*
*Via Fax: (573) 751-7151*

Counsel for Department of Labor, Licensing and
Regulation
David A. Fisher
MD Department of Labor, Licensing and
Regulation
Office of Unemployment Insurance
1100 North Eutaw Street, Room 401
Baltimore, MD  21201
*Via FedEx*

Counsel for Image IV Systems, Inc.
James E. Cox
Image IV Systems, Inc.
512 S. Varney Street
Burbank, Ca 91502
*Via Email:* jcox@bleierandcox.com

Robert P. Cocco, Esq.
ROBERT P. COCCO, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA  19106
*Via Email:* rcocco@rcn.com

Counsel for Ronald L. Nordyke
Patti W. Halloran
GIBBONS, NEUMAN, BELLO, SEGALL
  ALLEN, HALLORAN & WRIGHT, P.A.
3321 Henderson Boulevard
Tampa, FL  33069
*Via Email:* phalloran@bibblaw.com

Counsel for Bear Stears & Co. and EMC
Mortgage Company
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
*Via Email:* howard.hawkins@cwt.com

Victor Nguyen
460 S. Hill Street
Orange, CA  92869
*Via FedEx*

Horacio Orozco
23251 Los Alisos, #119
Lake Forest, CA  92630
*Via Email:* horozco@cox.net

Krushe Sabunjian
10261 Parkview Avenue
Westminster, CA  92683
*Via Email:* urshininstar20@yahoo.com

Michael S. Margolf
Moss Codilis, L.L.P.
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO  80111
*Via Email:* mmargolf@mosscodilis.com

Remax Suburban, Inc.
Attn:  Jason Matthew Strat
43599 Schoenherr, Suite 100
Sterling Heights, MI  48313
*Tel: (586) 262-2000*
*Via Fax: (586) 262-2020*

Counsel for America's Servicing Company
Lawrence J. Buckley, Hilary B. Bonial
Joe M. Lozano, Jr., Tyler B. Jones
Connie J. Vandergriff, James G. Rea
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
*Via Email:* notice@bkcylaw.com

Counsel for FIS Tax Services (f/k/a LSI Tax)
Peter W. Ito
Cory M. Curtis
Baker & Hostetler, LLP
303 East 17th Avenue, Suite 1100
Denver, CO  80203
*Via Email:* pito@bakerlaw.com
              ccurtis@bakerlaw.com

Counsel (Corporate General) for SunGard
Maureen A. McGreevey, Esq.
680 E. Swedesford Road
Wayne, PA  19087
*Tel: (484) 582-5528*
*Via Fax: (610) 687-3725*

Counsel for Ronald Poole
Donald W. St. Denis, Esq.
Brian W. Davey, Esq.
1300 Riverplace Boulevard, Suite 101
Jacksonville, Florida  32207
*Via Email:* brian@stdtriallaw.com

Counsel for Ronald Poole
Steve Watrel, P.A.
Stephen Watrel
6129 Atlantic Blvd.
Jacksonville, Florida 32211
*Via Email*: *swatrel@stevewatrel.com*

Counsel for UBS Real Estate Securities, Inc.
and UBS Securities LLC
Rick B. Antonoff, Esq.
(*appearing Pro Hac Vice*)
Pillsbury Wintrop
1540 Broadway
New York, New York 10036-4039
*Via Email*: *rickantonoff@pillsburylaw.com*

Counsel for UBS Real Estate Securities, Inc.
and UBS Securities LLC
Craig A. Barbarosh, Esq.
Mark D. Houle, Esq.
650 Town Center Drive, Seventh Floor
Costa Mesa, CA 92626-7122
*Via Email*: *mark.houle@pillsburylaw.com*

Counsel for Wachovia Capital Markets, LLC
Leib M. Lerner, Esq.
5482 Wilshire Boulevard, #267
Los Angeles, CA 90036
*Via Email*: *leiblerner@hotmail.com*

Thomas G. Kinzel, VP
Comerica Bank, MC #4605
2321 Rosecrans Avenue, Suite 5000
El Segundo, CA 90245
*Via Email*: *tgkinzel@comerica.com*

Counsel for America's Servicing Company
Steven W. Pite, John D. Duncan,
David E. McAllister
Pite Duncan, LLP
525 East Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
*Tel*: *(619) 590-1300*
*Via Fax*: *(619) 590-1300*

Stephen Greenberg
Weiner Shearouse Weitz Greenberg & Shawe, LLP
14 East State Street
Savannah, Georgia 31401
*Tel*: *(912) 223-2251*
*Via Fax*: *(912) 235-5464*

Counsel to Moody's Investors Service
Christopher R. Belmonte
Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
*Via Email*: *cbelmonte@ssbb.com*
*pbosswick@ssbb.com*

Counsel for Wells Fargo
Lawrence E. Behning, Esq.
Kennedy Covington Lobdell & Hickman, L.L.P.
Hearst Tower
214 North Tryon Street, 47th Floor
Charlotte, North Carolina 28202
*Via FedEx*

Proposed Special Counsel
Jason W. Harbour, Esq
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 23219
*Via FedEx*

Proposed Special Litigation Counsel
Mark D. Doule, Esq.
Christine A. Scheuneman, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
650 Town Center Drive, 7th floor
Costa Mesa, CA 92626-7122
*Via FedEx*

Attorney for Neuwest Equity Partners, Inc.
William C. Kersten
Law Offices of Kersten & Associates
38 Corporate Park
Irvine, CA 92606-5130
*Via Email*: *kerstenlaw@sbcglobal.net*

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA  02110
*Via Email*  ffm@bostonbusinesslaw.com

Linebarger Goggan Blair & Sampson, LLP
Attn:  Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201
*Via Email*:  dallas.bankruptcy@publicans.com

Counsel for SunTrust Bank and SunTrust Asset
Funding, LLC
Jeffrey K. Garfinkle
BUCHALTER NEMER
18400 Von Karman Avenue
Suite 800
Irvine, CA  92612
*Via Email*:  jgarfinkle@buchalter.com

John P. Salvador
2800 Keller Drive, #54
Tustin, CA 92782
*Via Email*:  salvador_john@yahoo.com

Counsel for Equity One, Inc.
Jerome B. Friedman
Hamburg, Karic, Edwards & Martin LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA  90067
*Via Email*:  jfriedman@hkemlaw.com

Christopher Rosenbleeth
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103
*Via Email*:  crosenbleeth@stradley.com

Mrs. Erin Macaluso
25832 Majorca Way
Mission Viejo, CA  92692
*Via Email*:  erinmacaluso@cox.net

Richard R. Pickard
Vice President, Legal General Counsel and
Secretary
Plantronics, Inc.
345 Encinal Street
Santa Cruz, CA  95060
*Tel:*  (831) 458-766
*Via Fax:*  (831) 426-2965

## UCC Service List

*Via FedEx*
Bear Stearns Mortgage Capital Corporation
383 Madison Avenue
New York, NY 10179-0001

*Via FedEx*
State of CA --Sonoma County Court (Rd)
No. 2006052919
State Tax Lien
Certificate No. 06111316850
585 Fiscal Drive, Room 100F
Santa Rosa, CA 95403

*Via Express Mail*
Employment Development Department
PO Box 826880
Sacramento, CA 94280-0001

*Via FedEx*
DB Structured Products, Inc.
60 Wall Street
New York, NY 10005

*Via FedEx*
Aspen Funding Corp.
60 Wall Street
New York, NY 10005

*Via FedEx*
Newport Funding Corp
60 Wall Street
New York, NY 10005

*Via FedEx*
Concord Minuteman Capital Company, LLC
C/O Washington Mutual Bank
620 W. Germantown Pike, # 200
Plymouth Meeting, PA 19462

*Via FedEx*
Credit Suisse First Boston Mortgage Capital
LLC
11 Madison Avenue
New York, NY 10010

*Via FedEx*
IXIS Real Estate Capital Inc.
9 West 57th Street
New York, NY 10019

*Via FedEx*
Lehman Commercial Paper Inc.
745 Seventh Avenue
New York, NY 10019

*Via FedEx*
People's Choice Funding II
C/O Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

*Via FedEx*
People's Choice Home Loan Securities
Corp.
7515 Irvine Center Drive
Irvine, CA 92618

*Via FedEx*
HSBC Bank USA, NA, As Indenture
Trustee (Assignee)
452 Fifth Avenue
New York, NY 10018

*Via FedEx*
Residential Funding Company, LLC
1646 North California Blvd., Suite 400
Walnut Creek, CA 94596

*Via FedEx*
Residential Funding Corporation
1646 North California Blvd., Suite 400
Walnut Creek, CA 94596

*Via FedEx*
Wachovia Bank, N.A.
301 South College Street
Charlotte, NC 28288

*Via FedEx*
DB Structured Products, Inc.
60 Wall Street
New York, NY 10005

*Via FedEx*
Newport Funding Corp.
60 Wall Street
New York, NY 10005

*Via FedEx*
Aspen Funding Corp.
60 Wall Street
New York, NY 10005

*Via FedEx*
Newport Funding Corp.
60 Wall Street
New York, NY 10005

**People's Choice Home Loans, Inc.**
**2002 Email Service List**

| | |
|---|---|
| Alfonso Mijares | wildbull2002@yahoo.com |
| Barry Dichter | barry.dichter@cwt.com |
| Bob Perlof | bobp@ocoffset.com |
| Bradley Pavia | bradleycpavia@yahoo.com |
| Brad Plantiko | bplantiko@pchl.com |
| Brian Davey | brian@stdriallaw.com |
| Charles Filardi | charles@filardi-law.com |
| Christina Caraveo | sonrisa60@hotmail.com |
| Christopher Belmonte | cbelmonte@ssbb.com |
| Christopher Rosenbleeth | crosenbleeth@stradley.com |
| Cory Curtis | ccurtis@bakerlaw.com |
| Craig Campbell | ccampbell@fbr.com |
| David McCarty | dmccarty@sheppardmullin.com |
| David Meadows | david@davidwmeadowslaw.com |
| David Ravin | dravin@wolffsamson.com |
| David Weinstein | dweinstein@wwolawyers.com |
| Dean Sperling | dean@sperlinglaw.com |
| Derrick Talerico | dtalerico@loeb.com |
| Dipan Desai | dave@westarfunding.com |
| Donna laporte | dlaporte@wrightlegal.net |
| Elizabeth Weller | Dallas.bankruptcy@publicans.com |
| Eric Sagerman | esagerman@winston.com |
| Erin Macaluso | erinmacaluso@cox.net |
| Frank Mcginn | ffm@bostonbusinesslaw.com |
| Gregory Petrick | gregory.petrick@cwt.com |
| Horacio Orozco | horozco@cox.net |
| Howard Hawkins | howard.hawkins@cwt.com |
| Ileana Hernandez | ihernandez@manatt.com |
| Ivan Kallick | ikallick@manatt.com |
| J. Monteiro | courtecl@edcombs.com |
| James Cox | jcox@bleierandcox.com |
| Jason Harbour | jharbour@hunton.com |
| Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| Jeremy monteiro | jmonteiro@edcombs.com |
| Jerome Friedman | jfriedman@hkemlaw.com |
| Johathan Escobar | jonathan.escobar6@gmail.com |
| John Salvador | salvador_john@yahoo.com |
| Justin Rawlns | jrawlins@winston.com |
| Keith Mcdaniels | kmcdaniels@winston.com |
| Krushe Sabunjian | urshininstar20@yahoo.com |
| Lance Jurich | ljurich@loeb.com |
| Lawrence Buckley | notice@bkcylaw.com |
| Lee Finerman | lfineman@kaufmanmiller.com |

| | |
|---|---|
| Leib Lerner | leiblerner@hotmail.com |
| Marc Bonanni | marcb@eleadz.com |
| Marc Winthrop | mwinthrop@winthropcouchot.com |
| Margaret M. Mann 2 | Margaret.Mann@hellerehrman.com |
| Mark Houle | mark.houle@pillsburylaw.com |
| Mark Rabogliatti | mark.rabogliatti@gmacrescap.com |
| Matt Kvarda | mkvarda@alvarezandmarsal.com |
| Matthew Weber | matthew.weber@cwt.com |
| Michael Margolf | mmargolf@mosscodilis.com |
| Michael Stewart | mstewart@faegre.com |
| Nancy Goldenberg | nancy.goldenberg@usdoj.gov |
| Nicholas Deenis | ndeenis@stradley.com |
| Oscar Garza | ogarza@gibsondunn.com |
| Pamela A. Bosswick | pbosswick@ssbb.com |
| Patricia Tomasco | ptomasco@mailbmc.com |
| Patti halloran | pholloran@gibblaw.com |
| Paul Couchot | pcouchot@winthropcouchot.com |
| Paul Purcell | paulpurcell@sbcglobal.net |
| Peter Ito | pito@bakerlaw.com |
| PJ | pj@winthropcouchot.com |
| Rebecca Callahan | rcallahan@callahanlaw.biz |
| Rick Antonoff | rick.antonoff@pillsburylaw.com |
| Robert Bittman | robert.bittmann@gs.com |
| Robert Cocco | rcocco@rcn.com |
| Robert Trodella | robert.trodellajr@hellerehrman.com |
| Ronald (Rodolfo) Kiapeta | rudykiapeta@hotmail.com |
| Ronald Katzman | rmkronlaw@msn.com |
| Ronald Lieberman | rlieberman@hunton.com |
| Ruel Kimpo | ruel.kimpo@cox.net |
| Samuel Batsell | batsell.samuel@pbgc.gov |
| Scott Stuart | sstuart@donlinrecano.com |
| Sean Okeefe | sokeefe@winthropcouchot.com |
| Sema Atavi | atavi@yahoo.com |
| Steve Watrel | swatrel@stevewatrel.com |
| Stuart Wolfe | sbwolfe@wolfewyman.com |
| Theodore Cohen | tcohen@sheppardmullin.com |
| Theresa Dykoschak | tdykoschak@faegre.com |
| Thomas Kinzel | tgkinzel@comerica.com |
| Tiffany Limore | dmclimore@yahoo.com |
| William C. Kersten | kerstenlaw@sbcglobal.net |
| Yaron Shaham | yshaham@wolfewyman.com |

**People's Choice Home Loans, Inc.**
**Committee Group Email Service List**

| | |
|---|---|
| Bill McCreary | bill.mccreary@fnf.com |
| Bob Blanco | bob.blanco@fnf.com |
| Carla Hastings | chastings@idirectmarketing.com |
| David McCarty | dmccarty@sheppardmullin.com |
| Dennis Hastings | dhastings@idirectmarketing.com |
| Donald Workman | dworkman@bakerlaw.com |
| Gene O'Bannon | gobannon@emortgagelogic.com |
| Jeffrey Golden | jgolden@wgllp.com |
| Megan Kane | megan.kane@credit-suisse.com |
| Michael Criscito | michael.criscito@credit-suisse.com |
| Neil Luria | nluria@navigantcapitaladvisors.com |
| Oscar Garza | ogarza@gibsondunn.com |
| Ralph Sells | rsells@emortgagelogic.com |
| Ray Ferrarin | ray.ferrarin@fnf.com |
| Rebecca Callahan | rcallahan@callahanlaw.biz |
| Sam Newman | snewman@gibsondunn.com |
| Sarah Powers | spowers@gibsondunn.com |
| Theodore Cohen | tcohen@sheppardmullin.com |

**People's Choice Home Loans, Inc.**
**Warehouse Lenders & Others**
**Email Service List**

| | |
|---|---|
| Chris Scott | cscott@bear.com |
| Dante Larocca | dlarocca@us.nomura.com |
| Douglas Hamilton | douglas-d.hamilton@ubs.com |
| Eileen Albus | ealbus@bear.com |
| Erinie Bretana | bretanae@saxonmtg.com |
| Geoff Hader | geoff@c-bass.com |
| George Davie | george.davie@wamu.com |
| Glenn Mcintyre | glenn.mcintyre@ubs.com |
| Joel Shook | joel.shook@c-bass.com |
| julie Buck | jbuck@us.nomura.com |
| Justin Zakocs | justin.zakocs@wachovia.com |
| Matthew Mcmiller | mcmiller@lehman.com |
| Michael Boyle | michael.boyle@ubs.com |
| Michael Bugbee | michael.bugbee@gmacrfc.com |
| Michael Commaroto | michael.commaroto@db.com |
| Paul mangione | paul.mangione@db.com |
| R. Neudecker | rpneudecker@neuwest.com |
| Ray Sullivan | R.sullivan@ixiscm.com |
| Richard Chun | richard.chun@thewintergrp.com |
| Scott Lechner | slechner@lehman.com |
| Stephen Golden | sgolden1@bear.com |
| Steve Katz | skatz@us.nomura.com |
| Tony Atkins | tony.atkins@suntrust.com |
| Troy Gibbens | troy.gibbens@gmacrfc.com |
| William Kersten | kerstenlaw@sbcglobal.net |
| Woodruff Polk | woodruff.polk@suntrust.com |

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
**Tel: 310/277-6910**
Fax: 310/201-0760

# FACSIMILE COVERSHEET

**DATE:**   May 24, 2007

| RECIPIENT | FAX NO. | PHONE NO. |
|---|---|---|
| Chriss Street, Treasurer-Tax Collector (O.C.) Attn: Ratna D. Butani | (714) 834-6229 | (714) 834-2275 |
| Sheryl L. Moreau Missouri Dept. of Revenue | (573) 751-7151 | (573) 751-5531 |
| Terwin Advisors LLC Attn: Christopher Walcott, Gen'l Counsel and/or Karey Geddes | (212) 218-5875 | (212) 218-5800 |
| Saxon Mortgage Attn: Senior Vice President -- Capital Markets | (804) 217-7534 | (800) 594-8422 |
| Steven W. Pite, John Duncan, David McAllister Pite Duncan, LLP | (619) 590-1385 | (619) 590-1300 |
| Jason Matthew Strat Remax Suburban, Inc. | (586) 262-2020 | (586) 262-2000 |
| Stephen F. Greenberg Weiner Shearouse Weitz Greenberg & Shawe | (912) 235-5464 | (912) 233-2251 |
| Maureen A. McGreevey, Esq. SunGard | (610) 687-3725 | (484) 582-5528 |
| Richard R. Pickard Plantronics, Inc. | (831) 426-2965 | (831) 458-766 |

**FROM:**   Scotta E. McFarland   **PHONE:**   (310) 203-4260

**RE:**   In re People's Choice Home Loan, Inc.

CLIENT/MATTER NUMBER: 30395.002

NUMBER OF PAGES WITH COVER PAGE: _____   ORIGINAL WILL NOT FOLLOW

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
FAX ROOM AT 310/772-2347 AS SOON AS POSSIBLE.**