# Exhibit B

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

December 31, 2007

Invoice Number **75671**     30395   00002     **JWD**

Brad Plantiko
People's Choice Financial Corp.
7515 Irvine Center Drive
Irvine, CA  92618

| | |
|---|---:|
| Balance forward as of last invoice, dated: November 30, 2007 | $202,821.97 |
| Payments received since last invoice, last payment received -- January 3, 2008 | $86,740.47 |
| A/R Adjustments | -$1,970.46 |
| Net balance forward | $114,111.04 |

Re:   Post Petition

**Statement of Professional Services Rendered Through**      **12/31/2007**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Analysis/Recovery [B120]** | | | | | |
| 11/20/07 | JWD | Attend to issues re employee interviews and draft/review emails re same | 0.70 | 450.00 | $315.00 |
| 11/27/07 | IAWN | Telephone conference with Julian re insurance issues | 0.40 | 550.00 | $220.00 |
| 11/27/07 | IAWN | Exchange e-mails with Jeremy Richards re call to Julian | 0.10 | 550.00 | $55.00 |
| **Task Code Total** | | | **1.20** | | **$590.00** |
| **Asset Disposition [B130]** | | | | | |
| 12/18/07 | JWD | Telephone conference with J. Friedman re EO issues | 0.20 | 450.00 | $90.00 |
| 12/10/07 | JWD | Telephone conference with S. Johnson re EO demand re servicing dispute (0.5); draft demand letter (0.8); Telephone conference with J. Rawlins re same (0.3) | 1.60 | 450.00 | $720.00 |
| 12/24/07 | JWD | Review S. Johnson email re account closing and telephone conference with S. Johnson re same | 0.40 | 450.00 | $180.00 |
| 11/08/07 | JWD | Review and respond to emails re EO escrow analysis issue | 0.20 | 450.00 | $90.00 |
| 11/08/07 | JWD | Attend to issues re account closures | 0.40 | 450.00 | $180.00 |
| 11/20/07 | JWD | Review wind down issues and draft/review emails re conf call | 0.60 | 450.00 | $270.00 |
| 11/28/07 | JWD | Attend to issues re Committee approval for S&D loan sales | 0.30 | 450.00 | $135.00 |
| 12/03/07 | JWD | Prepare for and attend confererence call re Equity One | 1.60 | 450.00 | $720.00 |

**Invoice number 75671**       30395   00002                                                **Page 2**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | servicing fee dispute and review issues re same | | | |
| 12/03/07 | JWD | Review and analyze T. Hiner email re EO servicing dispute | 0.30 | 450.00 | $135.00 |
| 12/04/07 | JWD | Review escrow analysis stip and draft emails re same | 0.50 | 450.00 | $225.00 |
| 12/05/07 | JRF | Consider issues related to S&D Loan sales | 0.50 | 375.00 | $187.50 |
| 12/05/07 | JRF | confer with D. Jones re: status of foreclosure sale re: Baltimore property | 0.40 | 375.00 | $150.00 |
| 12/06/07 | JWD | Review email re UBS status | 0.10 | 450.00 | $45.00 |
| 12/10/07 | JRF | confer with D. Jones re: status of foreclosure sale re: Baltimore property | 0.50 | 375.00 | $187.50 |
| 12/11/07 | JWD | Attend conf calls with J. Rawlins and S. Johnson re EO disputes (0.6) and review corrrespondence re same (0.5) | 1.10 | 450.00 | $495.00 |
| 12/12/07 | JRF | confer with D. Jones re: status of foreclosure sale re: Baltimore property | 0.40 | 375.00 | $150.00 |
| 12/13/07 | JWD | Attend conf call re UBS transition and draft notes re same and follow up calls to Court re same | 0.70 | 450.00 | $315.00 |
| 12/14/07 | JWD | Attend to issues re preparation of pleadings re UBS dispute | 0.90 | 450.00 | $405.00 |
| 12/17/07 | JWD | Draft emails re UBS dispute | 0.20 | 450.00 | $90.00 |
| 12/17/07 | JWD | Draft email to J. Friedman re EO dispute | 0.20 | 450.00 | $90.00 |
| 12/18/07 | JWD | Review emails and attend multiple conf calls re UBS dispute | 0.50 | 450.00 | $225.00 |
| 12/18/07 | JWD | Review and respond to emails re UBS issues | 0.20 | 450.00 | $90.00 |
| 12/19/07 | JWD | Telephone conference with K. Witnaer re EO dispute | 0.20 | 450.00 | $90.00 |
| 12/19/07 | JWD | Numerous conference calls, emails and meetings with J. Hunter and analysis re UBS data access dispute and review pleadings; conf calls with R. Antonoff re same | 3.30 | 450.00 | $1,485.00 |
| 12/19/07 | JWD | Office conf with J. Hunter and telephone conference with R. Antonoff re finalizing settlement | 0.50 | 450.00 | $225.00 |
| 12/20/07 | JWD | Draft/review emails re UBS agreement | 0.30 | 450.00 | $135.00 |
| 12/20/07 | JWD | Telephone conference with Equity One counsel re servicing fee | 0.20 | 450.00 | $90.00 |
| 12/21/07 | JWD | Review Antonoff email re UBS agt | 0.30 | 450.00 | $135.00 |
| 12/24/07 | JWD | Review and respond to emails re Equity One servicing dispute and draft notes re same | 0.30 | 450.00 | $135.00 |
| 12/27/07 | JWD | Review and respond to emails re UBS status | 0.20 | 450.00 | $90.00 |
| 12/28/07 | JWD | Review and respond to S. Johnson emails re UBS payment (0.2); draft emails to R. Antonoff and E. Sagerman re same (0.3) | 0.50 | 450.00 | $225.00 |
| 12/28/07 | JRF | confer with A. Bostwick re status of various Debtor properties | 0.60 | 375.00 | $225.00 |
| | | **Task Code Total** | **18.20** | | **$8,010.00** |

**Bankruptcy Litigation [L430]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/07 | JWD | Analyze document transition agreement and M. Kvarda email re revisions to same | 0.40 | 450.00 | $180.00 |
| 12/03/07 | JKH | Review WAMU summons, calendar dates. | 0.10 | 595.00 | $59.50 |

**Invoice number 75671**      30395   00002                                                                      Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/07 | JWD | Wind down call with committee counsel, fti, a&m | 1.00 | 450.00 | $450.00 |
| 12/03/07 | JRF | Address issues related to Malik Adversary and Settlement of Same | 0.50 | 375.00 | $187.50 |
| 12/03/07 | JRF | Analyze and review issues related toHSBC RFS Motions | 0.80 | 375.00 | $300.00 |
| 12/04/07 | JRF | Address issues related to RFS Motions | 0.60 | 375.00 | $225.00 |
| 12/05/07 | JRF | Address issues related to Malik Adversary and Settlement of Same | 0.60 | 375.00 | $225.00 |
| 12/05/07 | JRF | Address issues related to RFS Motions | 0.50 | 375.00 | $187.50 |
| 12/05/07 | JRF | Address issues related to OCP payments | 0.70 | 375.00 | $262.50 |
| 12/07/07 | IDK | E-mails to JD, others re litigation needs. | 0.30 | 695.00 | $208.50 |
| 12/12/07 | IDK | Telephone conferences and e-mails with JD, JH re need for TRO and complaint re UBS destruction of date as soon as possible. | 0.40 | 695.00 | $278.00 |
| 12/12/07 | JKH | Office conference with Jeffrey W. Dulberg and review emails regarding UBS document destruction dispute complaint (.4); telephone conference with Johnson regarding background facts, issues (.3). | 0.70 | 595.00 | $416.50 |
| 12/12/07 | JWD | Attend to issues re EO demand letter | 0.40 | 450.00 | $180.00 |
| 12/12/07 | JWD | Attend to issues re UBS litigation | 0.60 | 450.00 | $270.00 |
| 12/12/07 | RMS | Email exchange Jeffrey W. Dulberg re UBS | 0.10 | 475.00 | $47.50 |
| 12/13/07 | JKH | Emails and initial review documents regarding UBS dispute (.9); status conference call regarding UBS matter (.6). | 1.50 | 595.00 | $892.50 |
| 12/13/07 | JWD | Telephone conference with IRS re foreclosed loans | 0.20 | 450.00 | $90.00 |
| 12/14/07 | JKH | Emails from, to McGrath, Woolner, Jeffrey W. Dulberg, Johnson and Sagerman regarding UBS issues (.4); review draft letter to Antonoff (.1); telephone conferences with Woolner, conference call with Woolner, McGrath, Johnson regarding UBS dispute (.7); begin research, preparation of UBS complaint, motion papers (1.2). | 2.40 | 595.00 | $1,428.00 |
| 12/15/07 | JKH | Work on research, drafting UBS complaint and emergency motion papers. | 5.60 | 595.00 | $3,332.00 |
| 12/16/07 | JKH | Work on UBS complaint, motion papers. | 7.20 | 595.00 | $4,284.00 |
| 12/17/07 | JKH | Telephone conference with Woolner regarding draft injunction papers (.1); review emails regarding UBS developments, Malik settlement (.1); initial review of draft complaint and motion papers and email Woolner regarding correction of error (.5). | 0.70 | 595.00 | $416.50 |
| 12/18/07 | JKH | Emails McGrath, Jeffrey W. Dulberg, Woolner regarding UBS developments, draft pleadings. | 0.20 | 595.00 | $119.00 |
| 12/19/07 | JKH | Emails to, from, Woolner, McGrath, Sagerman, Jeffrey W. Dulberg regarding UBS issues, updates (.4); telephone conferences with Woolner, Antonoff, Sagerman, McGrath regarding same, status of UBS complaint, motion papers, settlement (.9); review UBS pleadings (.4); emails fromm, to Antonoff regarding UBS settlement (.4); office conferences with Jeffrey W. Dulberg regarding same (.3); emails from, to Johnson regarding wire approval (.1). | 2.50 | 595.00 | $1,487.50 |
| 12/19/07 | JRF | consider RFS Motions and related issues | 0.90 | 375.00 | $337.50 |
| 12/19/07 | JRF | confer with Malik re settlement | 0.60 | 375.00 | $225.00 |
| 12/20/07 | JKH | Emails from Antonoff, Jeffrey W. Dulberg regarding wire, | 0.10 | 595.00 | $59.50 |

**Invoice number 75671**     30395   00002                                      **Page 4**

escrow agreement status.

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | **29.60** | | **$16,149.00** |

### Case Administration [B110]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/07 | MAM | Return creditor Bob Weaver's telephone call. | 0.10 | 155.00 | $15.50 |
| 12/20/07 | MAM | Research MOR for November/December 2007 and forward same to Jim Yenzer. | 0.60 | 155.00 | $93.00 |
| 12/03/07 | JVR | Review and respond to miscellaneous e-mails re: case status and conference with J. Dulberg re: same | 0.30 | 695.00 | $208.50 |
| 12/03/07 | JVR | Telephone conference with J. Madden re: retention as counsel | 0.10 | 695.00 | $69.50 |
| 12/05/07 | MAM | Telephone call from Doug Jones, maryland attorney, regarding foreclosure. | 0.20 | 155.00 | $31.00 |
| 12/12/07 | JVR | Review and respond to miscellaneous e-mails re: case status | 0.20 | 695.00 | $139.00 |
| 12/12/07 | JWD | Telephone conference with C. Muhlenhaupt re Osorio document request | 0.20 | 450.00 | $90.00 |
| 12/18/07 | MAM | Update and circulate critical dates memorandum. | 0.50 | 155.00 | $77.50 |
| 12/20/07 | JWD | Review corrrespondence from IRS re Osorio | 0.20 | 450.00 | $90.00 |
| | **Task Code Total** | | **2.40** | | **$814.00** |

### Claims Admin/Objections[B310]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/07 | SEM | Email exchange with Jeff Dulberg and to Myra Kulick regarding order on claims settlement procedure (.10) | 0.10 | 495.00 | $49.50 |
| 11/08/07 | JWD | Attend to issues re claims settlement procedures order | 0.30 | 450.00 | $135.00 |
| 11/09/07 | JWD | Draft email to J. Rawlins re claims settlement order | 0.20 | 450.00 | $90.00 |
| 11/13/07 | JWD | Draft and review emails re warehouse claims analysis | 0.70 | 450.00 | $315.00 |
| 11/14/07 | SEM | Email correspondence with Jeff Dulberg and Sven Johnson re omni claims objection status. | 0.20 | 495.00 | $99.00 |
| 11/14/07 | JWD | Review court clerk vm and draft email to committee counsel re claims settlement procedures | 0.20 | 450.00 | $90.00 |
| 11/14/07 | JWD | Review file re omnibus claims objections | 0.20 | 450.00 | $90.00 |
| 11/14/07 | JWD | Telephone conference with S. Johnson re claims analysis | 0.40 | 450.00 | $180.00 |
| 11/23/07 | JWD | Draft supplement to claims settlement procedures | 0.60 | 450.00 | $270.00 |
| 11/27/07 | SEM | Review bond claims (.10); | 0.10 | 495.00 | $49.50 |
| 11/28/07 | SEM | Telephone conference with JVR re publication of Bar Date Notice. | 0.10 | 495.00 | $49.50 |
| 11/28/07 | SEM | Telephone conference with Richard Esterkin re: Bar Date Motion. | 0.10 | 495.00 | $49.50 |
| 12/03/07 | EMB | Review e-mail from R. Saunders re service of complaint on Washington Mutual. | 0.10 | 525.00 | $52.50 |
| 12/03/07 | EMB | Work on final draft of memo to Committee re warehouse claims and e-mail draft to S. Johnson, D. Graeler, J. | 2.00 | 525.00 | $1,050.00 |

**Invoice number 75671**     30395   00002                                       **Page 5**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Richards, J. Dulberg. | | | |
| 12/03/07 | RMS | Review of Ellen M. Bender memorandum on warehouse claims and Email exchange re claims objections | 0.50 | 475.00 | $237.50 |
| 12/04/07 | EMB | Review e-mail exchanges (2) between A. Bostwick of PCHL and attorney Tierney of Aurora re information needed to evaluate claims. | 0.20 | 525.00 | $105.00 |
| 12/04/07 | EMB | Review exchange between A. Bostwick and B. Govier, counsel for Deutche, re information needed to evaluate claims. | 0.20 | 525.00 | $105.00 |
| 12/05/07 | EMB | Review e-mail from M. Mann re litigation against WaMu. | 0.10 | 525.00 | $52.50 |
| 12/05/07 | EMB | Review e-mail from J. Dulberg. | 0.10 | 525.00 | $52.50 |
| 12/05/07 | MAM | Telephone call from creditor regarding proof of claim. | 0.30 | 155.00 | $46.50 |
| 12/05/07 | JRF | Respond to Creditor inquiries re claims | 0.30 | 375.00 | $112.50 |
| 12/06/07 | EMB | Review e-mail and attachments from S. Johnson and D. Graeler re memo to Committee re warehouse claims. | 0.30 | 525.00 | $157.50 |
| 12/06/07 | EMB | Telephone conference with S. Johnson. | 0.10 | 525.00 | $52.50 |
| 12/06/07 | EMB | Conference call and e-mail exchange with S. Johnson and D. Graeler regarding memo to Committee re warehouse claims. | 0.70 | 525.00 | $367.50 |
| 12/06/07 | EMB | Work on further revisions to memo regarding warehouse claims. | 1.00 | 525.00 | $525.00 |
| 12/06/07 | EMB | Review e-mail and spreadsheet from counsel for Natixis regarding claim of Natixis. | 0.20 | 525.00 | $105.00 |
| 12/06/07 | EMB | E-mail S. Johnson re Natixis information provided by counsel. | 0.20 | 525.00 | $105.00 |
| 12/06/07 | EMB | Review e-mail from D. Graeler regarding the Natixis information provided by counsel. | 0.10 | 525.00 | $52.50 |
| 12/06/07 | EMB | Conference with J. Richards re warehouse claims and information. | 0.50 | 525.00 | $262.50 |
| 12/06/07 | EMB | E-mail exchange with R. Saunders and J. Richards re RFC claim. | 0.30 | 525.00 | $157.50 |
| 12/06/07 | EMB | Work on further draft to Committee re warehouse claims and e-mail S. Johnson and D. Graeler re same. | 3.70 | 525.00 | $1,942.50 |
| 12/06/07 | EMB | Review e-mail from S. Johnson re memo to Committee. | 0.10 | 525.00 | $52.50 |
| 12/06/07 | JVR | Telephone conference with R. Spector re: directors administration claims | 0.20 | 695.00 | $139.00 |
| 12/06/07 | JVR | Conference with EMB re: claims objections | 0.40 | 695.00 | $278.00 |
| 12/06/07 | RMS | Review Ellen M. Bender's email on warehouse line claims and email my observations re RFC and Email exchange Jeffrey W. Dulberg re same | 0.60 | 475.00 | $285.00 |
| 12/06/07 | JRF | Respond to Creditor inquiries re claims | 0.50 | 375.00 | $187.50 |
| 12/07/07 | EMB | E-mail exchange with R. Saunders re RFC claims and settlement of non-warehouse claims in relation to potential warehouse claims. | 0.30 | 525.00 | $157.50 |
| 12/07/07 | EMB | Review e-mails from D. Graeler re memo to Committee on warehouse claims. | 0.20 | 525.00 | $105.00 |
| 12/07/07 | EMB | Work on draft of memo to Committee re warehouse claims incorporating additional comments of S. Johnson and D. Graeler and preparing additional revisions. | 2.50 | 525.00 | $1,312.50 |
| 12/07/07 | EMB | Work on revisions to memo to Committee re potential | 1.50 | 525.00 | $787.50 |

**Invoice number 75671**     30395   00002                                                                    **Page 6**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | claims against Wachovia. | | | |
| 12/07/07 | EMB | E-mail exchanges with R. Saunders, J. Dulberg, J. Richards re memos to Committee re warehouse claims. | 0.30 | 525.00 | $157.50 |
| 12/07/07 | EMB | E-mail S. Johnson and D. Graeler re memo to Committee. | 0.20 | 525.00 | $105.00 |
| 12/07/07 | EMB | Review and coordination of exhibits for memos to Committee re warehouse claims. | 1.00 | 525.00 | $525.00 |
| 12/07/07 | EMB | Review e-mail from A. Bostwick to counsel for RFC re claims information. | 0.10 | 525.00 | $52.50 |
| 12/07/07 | RMS | Email exchange Jeffrey W. Dulberg re warehouse line claims | 0.10 | 475.00 | $47.50 |
| 12/10/07 | EMB | Review comments of R. Saunders to memo to Committee re warehouse claims. | 0.30 | 525.00 | $157.50 |
| 12/10/07 | EMB | Review comments of J. Dulberg. | 0.20 | 525.00 | $105.00 |
| 12/10/07 | EMB | Further revised memo to Committee re warehouse claims to incorporate comments. | 1.50 | 525.00 | $787.50 |
| 12/10/07 | EMB | E-mail exchange with S. Johnson re last comments to memo to Committee re warehouse claims. | 0.20 | 525.00 | $105.00 |
| 12/10/07 | EMB | E-mail exchange with Saunders re RFC repurchase agreement and amendments to same and review of amendments for purposes of analysis of claims. | 0.30 | 525.00 | $157.50 |
| 12/10/07 | EMB | Review e-mail from A. Bostwick re WaMu claim. | 0.10 | 525.00 | $52.50 |
| 12/10/07 | EMB | Pull and organize multiple exhibits for memos to Committee re Wachovia and re other warehouse claims. | 2.50 | 525.00 | $1,312.50 |
| 12/10/07 | EMB | E-mail D. Graeler re amendments to RFC repo agreement. | 0.20 | 525.00 | $105.00 |
| 12/10/07 | EMB | Finalize memos and exhibits to Committee re warehouse claims and potential claims against Wachovia, and sent same via e-mail and Fed Ex to counsel for Committee, Sagerman. | 2.50 | 525.00 | $1,312.50 |
| 12/10/07 | JWD | Review and revise warehouse claims memo | 0.70 | 450.00 | $315.00 |
| 12/10/07 | RMS | Review of latest draft of Ellen M. Bender memorandum re warehouse line claims and related materials, and Email exchange Ellen M. Bender re same | 1.50 | 475.00 | $712.50 |
| 12/11/07 | EMB | Review e-mails (3) from Saunders, Dulberg, and Hunter re extension of time for WaMu to respond to complaint. | 0.20 | 525.00 | $105.00 |
| 12/11/07 | EMB | Review e-mail from A. Bostwick re backup for Aurora claims. | 0.20 | 525.00 | $105.00 |
| 12/11/07 | EMB | Review documentation for claims and status of same. | 2.50 | 525.00 | $1,312.50 |
| 12/12/07 | EMB | Review e-mails (3) from R. Saunders and J. Dulberg re stipulation to continue response deadline on complaint against WaMu. | 0.20 | 525.00 | $105.00 |
| 12/12/07 | EMB | Review e-mail exchange between Aurora claims specialist and A. Bostwick re information needed for evaluation of claims. | 0.20 | 525.00 | $105.00 |
| 12/12/07 | EMB | Review e-mail from Sagerman re memos to the Committee regarding warehouse and Wachovia claims, and forward same to S. Johnson and D. Graeler. | 0.10 | 525.00 | $52.50 |
| 12/12/07 | JWD | Review Zimmer issues and draft email to Committee re same | 0.30 | 450.00 | $135.00 |
| 12/13/07 | EMB | E-mail exchange with A. Bostwick re discussions with counsel for RFC re information needed for claims, including warehouse claims. | 0.20 | 525.00 | $105.00 |

**Invoice number 75671**     30395   00002                                               **Page  7**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/07 | EMB | Review e-mail from A. Bostwick to counsel for WaMu re claims information. | 0.10 | 525.00 | $52.50 |
| 12/13/07 | JWD | Telephone conference with S. Johnson re Zimmer and draft notes re same | 0.30 | 450.00 | $135.00 |
| 12/14/07 | EMB | Review e-mails (2) from R. Saunders re proposed settlement of RFC claims. | 0.20 | 525.00 | $105.00 |
| 12/14/07 | EMB | Review e-mail from A. Bostwick to M. Mann re WaMu claim information. | 0.10 | 525.00 | $52.50 |
| 12/14/07 | JWD | Review A&M app and draft emails re same | 0.30 | 450.00 | $135.00 |
| 12/17/07 | EMB | Review e-mail from R. Saunders in re settlement draft for settlement with RFC. | 0.20 | 525.00 | $105.00 |
| 12/17/07 | EMB | Review various e-mails from Alvarez / PCHLI / Saunders in re comments to RFC settlement agreement. | 0.30 | 525.00 | $157.50 |
| 12/17/07 | JRF | Respond to Creditor inquiries re claims | 0.50 | 375.00 | $187.50 |
| 12/20/07 | JWD | Analyze issues re RFC settlement and office conf with R. Saunders re same | 0.60 | 450.00 | $270.00 |
| 12/20/07 | RMS | Email exchange with E. Bender re Homecomings. | 0.10 | 475.00 | $47.50 |
| 12/20/07 | RMS | Review of Homecomings proof of claim and related materials. | 0.70 | 475.00 | $332.50 |
| 12/21/07 | JRF | Respond to Creditor inquiries re claims | 0.40 | 375.00 | $150.00 |
| 12/27/07 | EMB | Review e-mail from R. Saunders re RFC settlement. | 0.20 | 525.00 | $105.00 |
| **Task Code Total** | | | **40.00** | | **$20,183.00** |

**Compensation Prof. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/07 | JWD | Review and respond to emails re interim fee hearing | 0.30 | 450.00 | $135.00 |
| 11/23/07 | JWD | Draft monthly fee app | 0.50 | 450.00 | $225.00 |
| 12/11/07 | JWD | Review and respond to email re fee app notice and draft email re same and review notice | 0.30 | 450.00 | $135.00 |
| 12/12/07 | JWD | Draft fee application | 1.50 | 450.00 | $675.00 |
| 12/17/07 | JWD | Review various fee applications from Debtor's professionals | 0.70 | 450.00 | $315.00 |
| 12/17/07 | JWD | Draft/revise fee application | 1.80 | 450.00 | $810.00 |
| 12/17/07 | JWD | Review issues re fee app notice and draft emails re same | 0.20 | 450.00 | $90.00 |
| 12/18/07 | JWD | Review and revise fee app | 5.50 | 450.00 | $2,475.00 |
| 12/19/07 | JWD | Review/draft emails re GT fee application and Committee inquiry | 0.30 | 450.00 | $135.00 |
| 12/20/07 | JWD | Telephone conference with various parties re status of fee applications (0.2); review all applications (0.5) | 0.70 | 450.00 | $315.00 |
| 12/21/07 | JWD | Draft/review emails re GT fee app issues | 0.20 | 450.00 | $90.00 |
| 12/26/07 | JWD | Review/draft emails re GT fee application (0.4); Telephone conference with J. Wong re same (0.2) | 0.60 | 450.00 | $270.00 |
| 12/29/07 | JWD | Draft Kvarda dec re fee apps and emails re same | 0.50 | 450.00 | $225.00 |
| 12/29/07 | JWD | Draft emails re GT fee application review (0.3); Telephone conference with with J. Wong re same (0.2) | 0.50 | 450.00 | $225.00 |
| 12/10/07 | JRF | Address issues related to OCP payments | 0.90 | 375.00 | $337.50 |

**Invoice number 75671**    30395    00002    **Page 8**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/07 | JRF | confer with professionals re: interim applications and payment of outstanding fees | 0.70 | 375.00 | $262.50 |
| 12/12/07 | JRF | Address issues related to OCP payments | 0.40 | 375.00 | $150.00 |
| 12/13/07 | JRF | confer with Debtor re: OCP Issues | 0.90 | 375.00 | $337.50 |
| 12/18/07 | JRF | Address issues related to OCP payments | 0.50 | 375.00 | $187.50 |
| 12/26/07 | JRF | consider issues related to Grant Thornton Fee App | 0.90 | 375.00 | $337.50 |
| 12/31/07 | JRF | Address issues related to OCP payments | 0.80 | 375.00 | $300.00 |
| 12/31/07 | JRF | consider issues related to Grant Thornton Fee App | 1.00 | 375.00 | $375.00 |
| **Task Code Total** | | | **19.70** | | **$8,407.50** |

**Employee Benefit/Pension-B220**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/07 | JWD | Review emails re J. Madden employment | 0.20 | 450.00 | $90.00 |
| 11/29/07 | JWD | Review file and draft email re status of certain contractors | 0.30 | 450.00 | $135.00 |
| 12/17/07 | JWD | Analzye Graeler agreement and draft notes and emails re same | 0.40 | 450.00 | $180.00 |
| 12/18/07 | JWD | Review and revise Graeler stip and draft emails re same | 0.60 | 450.00 | $270.00 |
| 12/18/07 | JWD | Draft email re Graeler employment | 0.10 | 450.00 | $45.00 |
| 12/18/07 | JWD | Draft emails to R. Freeman re stip to approve Graeler agreement (0.2); Office conference with R. Freeman re same (0.2) | 0.40 | 450.00 | $180.00 |
| 12/19/07 | JWD | Draft/review emails re Graeler stip | 0.20 | 450.00 | $90.00 |
| 12/19/07 | JWD | Attend to issues re finalizing Graler stip and agreement | 0.60 | 450.00 | $270.00 |
| 12/18/07 | JRF | prepare amendment to Graeler agreement | 2.10 | 375.00 | $787.50 |
| **Task Code Total** | | | **4.90** | | **$2,047.50** |

**Executory Contracts [B185]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/07 | SEM | Review revised Merrill Stipulation (.10); Email to Sven Johnson re same (.10); Email correspondence with Jeff Dulberg re same (.10). | 0.30 | 495.00 | $148.50 |
| 11/14/07 | SEM | Conference with Jeff Dulberg re pending stip with Merrill re rejection of their contracts | 0.10 | 495.00 | $49.50 |
| 11/15/07 | SEM | Exchange of voice messages with Lance Jurich re stip with Merrill re rejection of contracts. | 0.10 | 495.00 | $49.50 |
| 11/16/07 | SEM | Email correspondence to Jeff Dulberg re stips with Merrill & Fidelity. | 0.10 | 495.00 | $49.50 |
| 11/19/07 | SEM | Email exchange with Lance Jurich re status of Merrill stip. | 0.10 | 495.00 | $49.50 |
| 11/19/07 | SEM | Revise Stip with Merrill re rejection of contract(.3);email to Lance Jurich re same (.1) | 0.40 | 495.00 | $198.00 |
| 11/20/07 | SEM | Review revisions to Merrill Stip from Lance Jurich and email to him re same. | 0.10 | 495.00 | $49.50 |
| 11/21/07 | SEM | Review changes to Merrill Stipulation and Email Lance Jurich regarding same (.10) | 0.10 | 495.00 | $49.50 |
| 11/27/07 | SEM | Email correspondence with Jeff Dulberg re status of | 0.10 | 495.00 | $49.50 |

**Invoice number 75671**     30395   00002                                              **Page 9**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Merrill and Fidelity Stipulation (.10); | | | |
| 11/28/07 | SEM | Prepare Order Approving Stipulation with Merrill re rejection of agreement. | 0.30 | 495.00 | $148.50 |
| 12/04/07 | SEM | Follow-up with Peter Ito re status of Stipulation on rejection of contracts. | 0.10 | 495.00 | $49.50 |
| 12/11/07 | SEM | Email correspondence with Peter Ito re: Fidelity stipulation. | 0.10 | 495.00 | $49.50 |
| 12/12/07 | SEM | Finalizing stip with Fidelity re rejection of contracts; | 0.20 | 495.00 | $99.00 |
| 12/12/07 | SEM | Verify status of order approving stip with Merrill Lynch re rejection of contracts | 0.10 | 495.00 | $49.50 |
| 12/12/07 | SEM | Email to Peter Ito re: Fidelity stipulation. | 0.10 | 495.00 | $49.50 |
| 12/14/07 | SEM | Review efiling regarding Order on Merrill stipulation and forward to Myra Kulick regarding service | 0.10 | 495.00 | $49.50 |
| 12/19/07 | JWD | Review entered order re Merrill rejection stip | 0.20 | 450.00 | $90.00 |
| | | **Task Code Total** | **2.60** | | **$1,278.00** |

**Financial Filings [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/07 | JWD | Analyze schedules and statements and draft emails re same and analysis re same | 0.50 | 450.00 | $225.00 |
| | | **Task Code Total** | **0.50** | | **$225.00** |

**Financing [B230]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/07 | RMS | Email exchange with J. Dulberg re RFC settlement and email comments to RFC counsel and review of related materials. | 1.00 | 475.00 | $475.00 |
| 12/13/07 | JVR | Review RFC/Debtor settlement | 0.20 | 695.00 | $139.00 |
| 12/04/07 | JKH | Emails, office conference and telephone conferences with Robert M. Saunders regarding WAMU requst for response date extension. | 0.20 | 595.00 | $119.00 |
| 12/11/07 | JKH | Review WAMU extension stipulation and emails from, to Jeffrey W. Dulberg, Robert M. Saunders regarding same. | 0.20 | 595.00 | $119.00 |
| 11/14/07 | JWD | Analyze issues and emails re RFC cash tracing settlement and draft responses re same | 0.30 | 450.00 | $135.00 |
| 11/14/07 | JWD | Review and revise WAMU complaint | 0.60 | 450.00 | $270.00 |
| 12/03/07 | RMS | Telephone conference with M. Mann re WaMu adversary proceeding and email working group re same | 0.40 | 475.00 | $190.00 |
| 12/04/07 | JWD | Review and respond to emails re cash tracing dispute | 0.20 | 450.00 | $90.00 |
| 12/04/07 | RMS | Conference and Email exchange with James K. T. Hunter re WaMu and Voicemail and email Jeffrey W. Dulberg | 0.60 | 475.00 | $285.00 |
| 12/04/07 | RMS | Voicemail exchange M. Mann re WaMu (request for extension of time to respond) | 0.20 | 475.00 | $95.00 |
| 12/04/07 | RMS | Email D. McGuire re WaMu | 0.20 | 475.00 | $95.00 |
| 12/05/07 | RMS | Email exchange Jeffrey W. Dulberg re WaMu | 0.10 | 475.00 | $47.50 |

**Invoice number 75671**     30395   00002                                                                **Page 10**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/07 | RMS | Email exchange J. Hunter re WaMu | 0.10 | 475.00 | $47.50 |
| 12/07/07 | RMS | Email exchange M. Stewart re RFC settlement, brief review of proposed agreement and email client and A&M re same | 0.50 | 475.00 | $237.50 |
| 12/10/07 | RMS | Review of settlement agreement proposed by RFC and including comments | 0.80 | 475.00 | $380.00 |
| 12/11/07 | RMS | Email exchange Michaeline Correa re WaMu's proposed extension of time stipulation, review of same and Email exchange James K. T. Hunter and Jeffrey W. Dulberg re same | 0.50 | 475.00 | $237.50 |
| 12/11/07 | RMS | Email exchange Jeffrey W. Dulberg re RFC settlement agreement comments and review of agreement re same | 0.60 | 475.00 | $285.00 |
| 12/11/07 | RMS | Email D. McGuire re WaMu and RFC | 0.20 | 475.00 | $95.00 |
| 12/11/07 | RMS | Email exchange Jeffrey W. Dulberg and A. Bostwick re CSFB | 0.20 | 475.00 | $95.00 |
| 12/12/07 | RMS | Review of materials re WaMu and RFC | 0.50 | 475.00 | $237.50 |
| 12/12/07 | RMS | Review of proposed stipulation on extension of time to answer and email comments to WaMu's counsel and Email exchange re same including Email exchange D. McGuire and email client and ASM | 0.80 | 475.00 | $380.00 |
| 12/12/07 | RMS | Email exchange S. Johnson re CSFB | 0.10 | 475.00 | $47.50 |
| 12/13/07 | RMS | Email exchange J. Rudy Freeman re settlement motion and review of prior filing for use for RFC settlement | 0.50 | 475.00 | $237.50 |
| 12/13/07 | RMS | Email exchange Jeremy V. Richards and Jeffrey W. Dulberg re RFC settlement | 0.20 | 475.00 | $95.00 |
| 12/14/07 | RMS | Email exchange S. Johnson, Jeffrey W. Dulberg and D. McGuire re RFC settlement agreement and review of relevant materials | 0.80 | 475.00 | $380.00 |
| 12/17/07 | JWD | Draft and review various emails re RFC agreement | 0.20 | 450.00 | $90.00 |
| 12/17/07 | RMS | Email exchange S. Johnson, A. Bostwick, K. Murayama and Jeffrey W. Dulberg re RFC; review of relevant materials | 1.20 | 475.00 | $570.00 |
| 12/18/07 | JWD | Draft email to D. McGuire re RFC settlement | 0.10 | 450.00 | $45.00 |
| 12/19/07 | JWD | Draft/review emails re RFC agreement | 0.40 | 450.00 | $180.00 |
| 12/20/07 | JWD | Attend to issues re revisions to RFC agreement and emails re same | 0.30 | 450.00 | $135.00 |
| 12/20/07 | JWD | Review cash forecast report | 0.10 | 450.00 | $45.00 |
| 12/20/07 | RMS | Email exchange with D. Graeler re RFC. | 0.20 | 475.00 | $95.00 |
| 12/20/07 | RMS | Drafting motion for order approving settlement with RFC. | 2.50 | 475.00 | $1,187.50 |
| 12/21/07 | RMS | Drafting and revision of settlement motion (for RFC), including review of relevant materials (including proofs of claim and cash tracing). | 3.40 | 475.00 | $1,615.00 |
| 12/22/07 | RMS | Review and revision of RFC settlement motion. | 1.00 | 475.00 | $475.00 |
| 12/26/07 | RMS | Email to K. Murayama re RFC settlement, including review of relevant materials. | 0.80 | 475.00 | $380.00 |
| 12/27/07 | JWD | Review emails re RFC interest in Comerica account | 0.30 | 450.00 | $135.00 |
| 12/27/07 | JWD | Review cash variance report | 0.20 | 450.00 | $90.00 |
| 12/27/07 | RMS | Email exchange with K. Murayama and M. Stewart re RFC settlement including review of relevant materials. | 1.10 | 475.00 | $522.50 |

| Invoice number 75671 | 30395  00002 | | | Page 11 |
|---|---|---|---|---|
| **Task Code Total** | | **21.80** | | **$10,379.50** |

**Litigation (Non-Bankruptcy)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/07 | JWD | Draft/review emails re Sestanovich litigation | 0.30 | 450.00 | $135.00 |
| 12/03/07 | EMB | E-mail M. Olsen re status of entry of order and re stipulation concerning class certification motion. | 0.10 | 525.00 | $52.50 |
| 12/03/07 | EMB | E-mail exchange with M. Olsen re hearing on class certification and re status conference. | 0.20 | 525.00 | $105.00 |
| 12/03/07 | EMB | E-mail exchanges (2) with Olsen re problems with order. | 0.20 | 525.00 | $105.00 |
| 12/03/07 | EMB | E-mail exchanges (2) with legal assistant re problems with order. | 0.20 | 525.00 | $105.00 |
| 12/04/07 | EMB | Travel to court to attend hearing on class certification. | 1.50 | 525.00 | $787.50 |
| 12/04/07 | EMB | Attend hearing on class certification. | 1.00 | 525.00 | $525.00 |
| 12/04/07 | EMB | Return travel from court after hearing. | 1.50 | 525.00 | $787.50 |
| 12/04/07 | EMB | Review documents and prepare for hearing on motion for class certification. | 1.00 | 525.00 | $525.00 |
| 12/04/07 | EMB | Conference call with M. Olsen re hearing on class certification. | 0.30 | 525.00 | $157.50 |
| 12/05/07 | EMB | Prepare e-mail to S. Johnson, J. Dulberg, J. Richards re hearing on class certification and information needed to provide to plaintiffs' counsel. | 0.20 | 525.00 | $105.00 |
| 12/05/07 | EMB | Review e-mail from D. Barness re status conference. | 0.20 | 525.00 | $105.00 |
| 12/05/07 | EMB | Review e-mails from Barness / Olsen re obtaining home addresses for class members and e-mail S. Johnson re same. | 0.40 | 525.00 | $210.00 |
| 12/05/07 | EMB | E-mail Olsen and legal assistant information to be provided for class cert notices. | 0.40 | 525.00 | $210.00 |
| 12/05/07 | EMB | Work on spreadsheets with information regarding class members to provide to plaintiffs' counsel. | 1.00 | 525.00 | $525.00 |
| 12/05/07 | EMB | Review additional spreadsheets prepared by N. Gontmaher re WARN employees and information including home addresses. | 1.00 | 525.00 | $525.00 |
| 12/06/07 | EMB | E-mail exchange with R. Woolner re information to be provided to plaintiffs' counsel for purposes of WARN litigation. | 0.20 | 525.00 | $105.00 |
| 12/06/07 | JRF | consider outstanding issues related to Dallas Fraud lit | 0.50 | 375.00 | $187.50 |
| 12/09/07 | JRF | REview Summary re outstanding offensive litigation claims of DEbtor | 1.20 | 375.00 | $450.00 |
| 12/10/07 | EMB | Conference and e-mail exchanges with legal assistant re preparation of revised spreadsheets to be sent to plaintiffs' counsel. | 0.50 | 525.00 | $262.50 |
| 12/10/07 | EMB | Work on revised spreadsheet to send to counsel for plaintiffs. | 0.50 | 525.00 | $262.50 |
| 12/10/07 | EMB | E-mail revised spreadsheet to R. Woolner. | 0.20 | 525.00 | $105.00 |
| 12/11/07 | EMB | E-mail Nick Gontmaher re problems with spreadsheets showing negative days employed and revisions to delete home phone numbers of employees. | 0.20 | 525.00 | $105.00 |
| 12/11/07 | EMB | E-mail exchanges (2) with legal assistant re revision of | 0.40 | 525.00 | $210.00 |

**Invoice number 75671**      30395   00002                                              Page 12

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | spreadsheets to correct errors. | | | |
| 12/11/07 | EMB | E-mail exchanges (2) with Gontmaher to fix problems with spreadsheets. | 0.40 | 525.00 | $210.00 |
| 12/11/07 | EMB | Review revise information provided by Gontmaher to fix problems with spreadsheets. | 0.40 | 525.00 | $210.00 |
| 12/11/07 | EMB | Further working with legal assistant to correct spreadsheets to be sent to counsel for plaintiffs in PDF format. | 0.50 | 525.00 | $262.50 |
| 12/11/07 | EMB | E-mail revised spreadsheet to R. Woolner with comments. | 0.20 | 525.00 | $105.00 |
| 12/11/07 | JRF | confer with OCPs re status of litigation and related issues | 0.90 | 375.00 | $337.50 |
| 12/12/07 | EMB | Further revision of spreadsheet with employee information and calculation of 60 days' salary / benefits and e-mail same to R. Woolner. | 1.50 | 525.00 | $787.50 |
| 12/12/07 | EMB | E-mail exchange with R. Woolner re spreadsheet to send to plaintiffs' counsel. | 0.20 | 525.00 | $105.00 |
| 12/13/07 | EMB | E-mail R. Woolner re calculation of 60 days' pay on spreadsheet. | 0.10 | 525.00 | $52.50 |
| 12/13/07 | EMB | E-mail M. Olsen and plaintiffs' counsel with spreadsheet providing information on putative class members. | 0.30 | 525.00 | $157.50 |
| 12/13/07 | EMB | Review e-mail from M. Olsen. | 0.10 | 525.00 | $52.50 |
| 12/13/07 | EMB | Review further e-mail from Olsen requesting data in spreadsheet form. | 0.10 | 525.00 | $52.50 |
| 12/14/07 | JRF | confer with R. Wutscher re: Alexander case | 0.40 | 375.00 | $150.00 |
| 12/17/07 | EMB | Telephone conference with Mary Olsen (2x) regarding obtaining data on employees in spreadsheet Excel format and e-mail R. Woolner re same. | 0.60 | 525.00 | $315.00 |
| 12/17/07 | EMB | Conference with legal assistant re further revision of spreadsheets to permanently delete private information such as telephone numbers. | 0.20 | 525.00 | $105.00 |
| 12/17/07 | EMB | Work on and review further draft of spreadsheet with private information deleted. | 0.30 | 525.00 | $157.50 |
| 12/17/07 | EMB | E-mail M. Olsen re her request for spreadsheet and re provision of confidential information. | 0.20 | 525.00 | $105.00 |
| 12/17/07 | EMB | Review further e-mail from M. Olsen requesting telephone information for putative class members. | 0.10 | 525.00 | $52.50 |
| 12/17/07 | EMB | E-mail Olsen re violation of CA privacy laws and Federal Telephone Consumer Protection Act. | 0.20 | 525.00 | $105.00 |
| 12/17/07 | JWD | Review email re Malik adversary | 0.10 | 450.00 | $45.00 |
| 12/18/07 | EMB | E-mail M. Olsen re revised spreadsheet in excel format with information on putative class members, and review her response re same. | 0.20 | 525.00 | $105.00 |
| 12/18/07 | JRF | confer with R. Wutscher re: Alexander case | 0.70 | 375.00 | $262.50 |
| 12/19/07 | JRF | confer with R. Wutscher re: Alexander case | 0.40 | 375.00 | $150.00 |
| 12/28/07 | JRF | confer with J Shinn re: easy loan status | 0.60 | 375.00 | $225.00 |
| | | **Task Code Total** | 21.90 | | $10,762.50 |

**Plan & Disclosure Stmt. [B320]**

| 11/08/07 | JWD | Review entered order re exclusivity and draft emails re | 0.20 | 450.00 | $90.00 |

**Invoice number 75671**     30395    00002                                          **Page 13**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/07 | SEM | Email correspondence with Jeff Dulberg and JVR re: plan and disclosure statement. | 0.10 | 495.00 | $49.50 |
| 11/16/07 | SEM | Email correspondence with JVR and Jeff Dulberg re Plan and DS. | 0.10 | 495.00 | $49.50 |
| 11/20/07 | JWD | Review plan and disclosure statement issues | 1.20 | 450.00 | $540.00 |
| 11/22/07 | JWD | review and respond to emails re exclusivity motion | 0.20 | 450.00 | $90.00 |
| 11/25/07 | JWD | Review and revise exclusivity motion and draft emails re same | 0.40 | 450.00 | $180.00 |
| 11/26/07 | SEM | Email correspondence with Jeff Dulber re discussion on plan and disclosure statement (.10); | 0.10 | 495.00 | $49.50 |
| 11/28/07 | SEM | Telephone conference with JVR re publishing notice of insurance settlement (.10); Telephone conference with attorneys for settling insurance companies re publication notice of settlements (.30). | 0.40 | 495.00 | $198.00 |
| 12/03/07 | SEM | Conference with Jeff Dulberg re plan. | 0.30 | 495.00 | $148.50 |
| 12/04/07 | JWD | Office conference with S. McFarland re plan issues and draft notes re same (0.4); review and revise disclosure statement (1.4) | 1.80 | 450.00 | $810.00 |
| 12/12/07 | SEM | Preparation of DS | 0.80 | 495.00 | $396.00 |
| 12/15/07 | SEM | Preparation of Disclosure Statement | 8.50 | 495.00 | $4,207.50 |
| 12/15/07 | SEM | email to Steve Kotarba regarding claims data | 0.10 | 495.00 | $49.50 |
| 12/15/07 | SEM | Attention to locating committee allocation of assets | 0.10 | 495.00 | $49.50 |
| 12/15/07 | SEM | email to Sven Johnson regarding financial information for past 3 years | 0.10 | 495.00 | $49.50 |
| 12/15/07 | SEM | Review information regarding creditors' trusts to be established | 0.10 | 495.00 | $49.50 |
| 12/15/07 | JWD | review and respond to emails re plan and disclosure statement | 0.40 | 450.00 | $180.00 |
| 12/16/07 | SEM | Preparation of Disclosure Statement | 12.70 | 495.00 | $6,286.50 |
| 12/16/07 | SEM | email to Jeffrey W. Dulberg transmitting draft of Disclosure Statement | 0.10 | 495.00 | $49.50 |
| 12/17/07 | SEM | Review info regarding remaining assets | 0.10 | 495.00 | $49.50 |
| 12/18/07 | SEM | Email exchange with Steve Kotarba regarding claims report | 0.10 | 495.00 | $49.50 |
| | | **Task Code Total** | **27.90** | | **$13,621.50** |

**Retention of Prof. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/07 | JWD | Telephone conference with J. Wong re retention issue (0.2); Telephone conference with R. Freeman re same (0.1); review initial employment order re GT (0.2) | 0.50 | 450.00 | $225.00 |
| | | **Task Code Total** | **0.50** | | **$225.00** |

**Stay Litigation [B140]**

| Invoice number 75671 | | 30395   00002 | | | Page 14 |
|---|---|---|---|---|---|
| 12/10/07 | JKH | Telephone call from Bernstein regarding title insurer information request and office conference with Jeffrey W. Dulberg, emails to, from Bernstein, Johnson, Bostwick regarding same. | 0.40 | 595.00 | $238.00 |
| 11/09/07 | JWD | Monitor Debtor's review of all pending relief from stay motion | 0.30 | 450.00 | $135.00 |
| 11/12/07 | JWD | Review and respond to emails re relief from stay motions | 0.20 | 450.00 | $90.00 |
| | | **Task Code Total** | **0.90** | | **$463.00** |

**Tax Issues [B240]**

| 11/09/07 | JWD | Draft and review emails re 505 motion | 0.20 | 450.00 | $90.00 |
|---|---|---|---|---|---|
| 11/14/07 | JWD | Analyze 505 motion issues | 0.50 | 450.00 | $225.00 |
| 11/29/07 | JWD | Draft emails re 505 motion | 0.20 | 450.00 | $90.00 |
| 12/18/07 | JWD | Review G Howell email re 505 motion and draft emails re same | 0.30 | 450.00 | $135.00 |
| 12/26/07 | JWD | Review C. Root email re 505 motion and modifications re same | 0.40 | 450.00 | $180.00 |
| | | **Task Code Total** | **1.60** | | **$720.00** |
| | | **Total professional services:** | **193.70** | | **$93,875.50** |

**Costs Advanced:**

| 08/01/2007 | CC | Conference Call--AT&T Teleconference (JVR) [E105] | $17.03 |
|---|---|---|---|
| 08/03/2007 | CC | Conference Call--AT&T Teleconference (JWD) [E105] | $3.38 |
| 08/10/2007 | CC | Conference Call--AT&T Teleconference (JWD) [E105] | $3.52 |
| 08/14/2007 | CC | Conference Call--AT&T Teleconference (JWD) [E105] | $0.46 |
| 08/23/2007 | CC | Conference Call--AT&T Teleconference (RMS) [E105] | $6.30 |
| 08/27/2007 | CC | Conference Call--AT&T Teleconference (JJK) [E105] | $7.35 |
| 11/01/2007 | BM | Business Meal Factors Famous (RF) [E111] | $70.99 |
| 11/01/2007 | BM | Business Meal Jack N Jill (RF) [E111] | $39.12 |
| 11/02/2007 | PAC | 30395 - 002 PACER charges for 11/02/2007 | $9.92 |
| 11/03/2007 | BM | Business Meal Iroha Sushi (JWD) [E111] | $98.17 |
| 11/06/2007 | PAC | 30395 - 002 PACER charges for 11/06/2007 | $2.64 |
| 11/07/2007 | BM | Business Meal Pomodoro Cucina (JWD) [E111] | $53.14 |
| 11/07/2007 | BM | Business Meal Factors Famous Deli (RF) [E111] | $23.87 |
| 11/07/2007 | PAC | 30395 - 002 PACER charges for 11/07/2007 | $21.04 |
| 11/09/2007 | PAC | 30395 - 002 PACER charges for 11/09/2007 | $4.32 |
| 11/10/2007 | PAC | 30395 - 002 PACER charges for 11/10/2007 | $3.20 |
| 11/13/2007 | PAC | 30395 - 002 PACER charges for 11/13/2007 | $7.12 |
| 11/14/2007 | PAC | 30395 - 002 PACER charges for 11/14/2007 | $19.20 |
| 11/16/2007 | PAC | 30395 - 002 PACER charges for 11/16/2007 | $5.68 |

**Invoice number 75671**  30395  00002  **Page 15**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/20/2007 | PAC | 30395 - 002 PACER charges for 11/20/2007 | $7.28 |
| 11/21/2007 | BM | Business Meal Iroha Sushi (JWD) [E111] | $107.55 |
| 11/21/2007 | PAC | 30395 - 002 PACER charges for 11/21/2007 | $4.40 |
| 11/22/2007 | PAC | 30395 - 002 PACER charges for 11/22/2007 | $0.16 |
| 11/26/2007 | AS | Attorney Service IHAS Copy Service [E107] | $1,179.95 |
| 11/29/2007 | PAC | 30395 - 002 PACER charges for 11/29/2007 | $9.12 |
| 11/30/2007 | AS | Attorney Service IHAS Copy Service [E107] | $424.95 |
| 11/30/2007 | PAC | 30395 - 002 PACER charges for 11/30/2007 | $1.36 |
| 11/30/2007 | PAC | 30395 - 002 PACER charges for 11/30/2007 | $4.64 |
| 12/03/2007 | IHAS | FILE & CONFORM - Miscellaneous: COURT SERVICE | $93.00 |
| 12/03/2007 | IHAS | FILE & CONFORM - Miscellaneous: COURT SERVICE | $138.00 |
| 12/03/2007 | PO | Postage [E108] | $0.75 |
| 12/03/2007 | RE | (A5 PLDG 25 @0.20 PER PG) | $5.00 |
| 12/03/2007 | RE | (A1 DOC 16 @0.20 PER PG) | $3.20 |
| 12/03/2007 | RE | (A1 DOC 77 @0.20 PER PG) | $15.40 |
| 12/03/2007 | RE | (A5 DOC 21 @0.20 PER PG) | $4.20 |
| 12/03/2007 | RE | (A1 PLDG 60 @0.20 PER PG) | $12.00 |
| 12/07/2007 | PO | Postage [E108] | $0.58 |
| 12/10/2007 | PO | Postage [E108] | $97.68 |
| 12/10/2007 | RE | (A4 DOC 24 @0.20 PER PG) | $4.80 |
| 12/10/2007 | RE | (A1 DOC 298 @0.20 PER PG) | $59.60 |
| 12/10/2007 | RE | (A4 DOC 52 @0.20 PER PG) | $10.40 |
| 12/10/2007 | RE | (A5 PLDG 12 @0.20 PER PG) | $2.40 |
| 12/10/2007 | RE | (A5 PLDG 41 @0.20 PER PG) | $8.20 |
| 12/10/2007 | RE | (A2 DOC 1760 @0.20 PER PG) | $352.00 |
| 12/10/2007 | RE | (A1 ADM 4841 @0.20 PER PG) | $968.20 |
| 12/11/2007 | AS | Attorney Service IHAS Copy Service [E107] | $21,681.84 |
| 12/11/2007 | FE | Federal Express-242632374 | $10.22 |
| 12/11/2007 | PO | Postage [E108] | $2.50 |
| 12/11/2007 | RE | (A1 DOC 1192 @0.20 PER PG) | $238.40 |
| 12/12/2007 | IF | Incoming Faxes [E104] | $0.40 |
| 12/13/2007 | FX | (B1 DOC 5 @1.00 PER PG) | $5.00 |
| 12/14/2007 | PO | Postage [E108] | $88.16 |
| 12/14/2007 | PO | Postage [E108] | $1.67 |
| 12/14/2007 | PO | Postage [E108] | $3.64 |
| 12/14/2007 | RE | (A5 PLDG 176 @0.20 PER PG) | $35.20 |
| 12/14/2007 | RE | (A1 DOC 1440 @0.20 PER PG) | $288.00 |
| 12/14/2007 | RE | (A2 DOC 1350 @0.20 PER PG) | $270.00 |
| 12/14/2007 | RE | (A1 DOC 78 @0.20 PER PG) | $15.60 |
| 12/17/2007 | PO | Postage [E108] | $82.94 |
| 12/17/2007 | PO | Postage [E108] | $4.64 |
| 12/17/2007 | PO | Postage [E108] | $16.02 |
| 12/17/2007 | RE | (A1 DOC 1200 @0.20 PER PG) | $240.00 |

| Invoice number 75671 | | 30395   00002 | Page 16 |
|---|---|---|---|

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/17/2007 | RE | (A3 DOC 1280 @0.20 PER PG) | $256.00 |
| 12/17/2007 | RE | (A1 AGR 179 @0.20 PER PG) | $35.80 |
| 12/17/2007 | RE | (A1 DI 358 @0.20 PER PG) | $71.60 |
| 12/18/2007 | AS | Attorney Service IHAS Copy Service [E107] | $1,154.40 |
| 12/18/2007 | RE | (A5 PLDG 150 @0.20 PER PG) | $30.00 |
| 12/18/2007 | RE | (A1 DOC 513 @0.20 PER PG) | $102.60 |
| 12/19/2007 | FE | Federal Express-245367701 | $31.23 |
| 12/19/2007 | FE | Federal Express-245367701 | $57.99 |
| 12/19/2007 | RE | (A1 DOC 2464 @0.20 PER PG) | $492.80 |
| 12/19/2007 | RE | (A2 DOC 6160 @0.20 PER PG) | $1,232.00 |
| 12/20/2007 | PO | Postage [E108] | $4.60 |
| 12/20/2007 | PO | Postage [E108] | $3.68 |
| 12/20/2007 | RE | (A2 DOC 540 @0.20 PER PG) | $108.00 |
| 12/20/2007 | RE | (A5 PLDG 96 @0.20 PER PG) | $19.20 |
| 12/21/2007 | PO | Postage [E108] | $30.70 |
| 12/27/2007 | IF | Incoming Faxes [E104] | $0.20 |

Total Expenses: **$30,526.30**

## Summary:

| | |
|---|---|
| Total professional services | $93,875.50 |
| Total expenses | $30,526.30 |
| **Net current charges** | **$124,401.80** |
| Net balance forward | $114,111.04 |
| **Total balance now due** | **$238,512.84** |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| EMB | Bender, Ellen M. | 45.30 | 525.00 | $23,782.50 |
| IAWN | Nasatir, Iain A. W. | 0.50 | 550.00 | $275.00 |
| IDK | Kharasch, Ira D. | 0.70 | 695.00 | $486.50 |
| JKH | Hunter, James K. T. | 21.80 | 595.00 | $12,971.00 |
| JRF | Freeman, J. Rudy | 22.20 | 375.00 | $8,325.00 |
| JVR | Richards, Jeremy V. | 1.40 | 695.00 | $973.00 |
| JWD | Dulberg, Jeffrey W. | 51.30 | 450.00 | $23,085.00 |
| MAM | Matteo, Mike A. | 1.70 | 155.00 | $263.50 |
| RMS | Saunders, Robert M. | 22.10 | 475.00 | $10,497.50 |
| SEM | McFarland, Scotta E. | 26.70 | 495.00 | $13,216.50 |
| | | 193.70 | | $93,875.50 |

Invoice number 75671       30395   00002                                Page  17

## Task Code Summary

|    |                               | Hours  | Amount      |
|----|-------------------------------|--------|-------------|
| AA | Asset Analysis/Recovery[B120] | 1.20   | $590.00     |
| AD | Asset Disposition [B130]      | 18.20  | $8,010.00   |
| BL | Bankruptcy Litigation [L430]  | 29.60  | $16,149.00  |
| CA | Case Administration [B110]    | 2.40   | $814.00     |
| CO | Claims Admin/Objections[B310] | 40.00  | $20,183.00  |
| CP | Compensation Prof. [B160]     | 19.70  | $8,407.50   |
| EB | Employee Benefit/Pension-B220 | 4.90   | $2,047.50   |
| EC | Executory Contracts [B185]    | 2.60   | $1,278.00   |
| FF | Financial Filings [B110]      | 0.50   | $225.00     |
| FN | Financing [B230]              | 21.80  | $10,379.50  |
| LN | Litigation (Non-Bankruptcy)   | 21.90  | $10,762.50  |
| PD | Plan & Disclosure Stmt. [B320]| 27.90  | $13,621.50  |
| RP | Retention of Prof. [B160]     | 0.50   | $225.00     |
| SL | Stay Litigation [B140]        | 0.90   | $463.00     |
| TI | Tax Issues [B240]             | 1.60   | $720.00     |
|    |                               | 193.70 | $93,875.50  |

## Expense Code Summary

| | |
|---|---|
| Attorney Service [E107] | $24,441.14 |
| Working Meals [E1 | $392.84 |
| Conference Call [E105] | $38.04 |
| Federal Express [E108] | $99.44 |
| Fax Transmittal [E104] | $5.00 |
| Incoming Faxes [E104] | $0.60 |
| Outside Duplication Cost- IHAS | $231.00 |
| Pacer - Court Research | $100.08 |
| Postage [E108] | $337.56 |
| Reproduction Expense [E101] | $4,880.60 |
| | $30,526.30 |