Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
PACHULSKI STANG ZIEHL &JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Debtors and Debtors in Possession
People's Choice Home Loan, *et al.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**PEOPLE'S CHOICE HOME LOAN, INC.,** *et al.*,[1]<br><br>Debtors | Case No.: SA 07-10765-RK<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. SA 07-10767-RK and 07-10772-RK)<br><br>**NOTICE OF ABANDONMENT OF REAL PROPERTY (REO) LOCATED AT 5807 HOLCOMB, DETROIT, MI 48213** |

PROPOSED ABANDONMENT EFFECTIVE DATE:  April 19, 2008

OPPOSITION /RESPONSE DEADLINE:  April 18, 2008 **4:00 p.m. (Pacific Time)**

THIS NOTICE IS BEING PROVIDED TO YOU PURSUANT TO THE *ORDER AUTHORIZING AND APPROVING PROCEDURES FOR THE SALE OR ABANDONMENT OF CERTAIN REAL PROPERTY (REO)* ENTERED ON APRIL 9, 2008 ("COURT ORDER").  YOU MUST ADHERE TO THE TERMS OF THIS NOTICE AND THE COURT ORDER IN ORDER TO PROTECT YOUR RIGHTS.  IF YOU OPPOSE THE PROPOSED ABANDONMENT OF REAL PROPERTY (REO) (DESCRIBED BELOW), YOU MUST FOLLOW THE PROCEDURES DESCRIBED BELOW AND IN THE COURT ORDER.  PLEASE READ THE FOLLOWING PROCEDURES CAREFULLY.

---

[1] The Debtors are People's Choice Home Loan, Inc., a Wyoming corporation, Fed. Tax I.D. No.: 94-3348277; People's Choice Funding, Inc., a Delaware corporation, Fed. Tax I.D. No.: 20-1156865; and People's Choice Financial Corporation, a Maryland corporation, Fed. Tax I.D. No.: 20-1157100.

1

30395-002\DOCS_LA:181738.1

The above-captioned debtors and debtors in possession (the "Debtors") shall abandon certain real property pursuant to the procedures approved by the Court Order. Please note the objection and other procedures set forth herein have previously been approved by the Court pursuant to the Court Order and, therefore, any objections that you may have as to these procedures shall not be considered and shall not be deemed an objection to the proposed abandonment of real property (REO) as set forth in the table below.

| | |
|---|---|
| 1. Property Address: | 5807 Holcomb, Detroit, MI 48213 |
| 2. General description of REO Property to be abandoned | Single Family Detached |
| 3. Estimated Value of REO Property to be abandoned: | $3,500 |
| 4. Marketing Efforts | Inventory for 499 days |
| 5. Purchase Offers, if any, Received by Debtors for REO Property | n/a |

Opposition Procedures:

• If you object to the proposed abandonment of REO Property described above, you **MUST** serve on Debtors' counsel and the other parties listed below (the "Notice Parties") and file with the Clerk of the Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593, a written objection to this Notice. All objections must be filed with the Bankruptcy Court and be received by the Notice Parties by April 18, 2008 **at 4:00 p.m. (Pacific Time)** ("Objection Deadline").

• If an objection is not timely and properly filed and served in accordance with the preceding paragraph, the proposed abandonment of REO Property shall be deemed effective, without further notice, hearing, or order of the Bankruptcy Court, as of April 19, 2008. If an objection is timely and properly served and filed, the Debtors will schedule a hearing to consider this Notice and the objection.

30395-002\DOCS_LA:181738.1

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Notice Parties:

(i)  bankruptcy counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, at (i) 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067; facsimile: (310) 201-0760; Attn: Jeffrey Dulberg;

(ii)  counsel for the Official Committee of Unsecured Creditors, Winston & Strawn LLP, 333 S. Grand Ave., 38th Floor, Los Angeles, CA 90071, Attn. Justin Rawlins.

Dated:  __April 11, 2008        PACHULSKI STANG ZIEHL &JONES LLP

By ____/s/ *Jeffrey W. Dulberg*
   Jeremy V. Richards
   Jeffrey W. Dulberg
   Scotta E. McFarland

Attorneys for Debtors and Debtors in Possession

30395-002\DOCS_LA:181738.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I, Rolanda Mori, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California  90067-4100.

On April 11, 2008, I caused to be served the **NOTICE OF ABANDONMENT OF REAL PROPERTY (REO) LOCATED AT 5807 HOLCOMB, DETROIT, MI  48213** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List.*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on April 11, 2008, at Los Angeles, California.


                /s/ Rolanda Mori
                Rolanda Mori

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

30395-002\DOCS_LA:181738.1

**Service List**

U.S. Trustee's Office
Peter C. Anderson, United States Trustee
Nancy Goldenberg, Assistant United States Trustee
Office of the U.S. Trustee
Ronald Reagan Federal Building &
 United States Courthouse
411 W. Fourth Street, Suite 9041
Santa Ana, CA  92701
*Email*: *nancy.goldenberg@usdoj.gov*

Counsel for Committee of Unsecured Creditors
Eric E. Sagerman
Justin e. Rawlins
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071
*Via Email:*  *esagerman@winston.com*
              *jrawlins@winston.com*
              *rwoolner@winston.com*

Keith A. McDaniels
Winston & Strawn LLP
101 California Street, 39th Floor
San Francisco, CA  94111-5802
*Email:* *kmcdaniels@winston.com*

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA