Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:   jdulberg@pszjlaw.com
            smcfarland@pszjlaw.com

Co-counsel for the PCHLI, Funding and PCFC Liquidating Trusts

FILED & ENTERED

NOV 01 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gae        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

**PEOPLE'S CHOICE HOME LOAN, INC.**, *et al.*, [1]

Debtors.

Case No.: 2:12-bk-15811-RK
Chapter 11

(Jointly Administered with Case Nos. 2:12-bk-16200-RK and 2:12-bk-16201-RK)

(Transferred from 8:07-bk-10765-RK and Jointly Administered with 8:07-bk-10767-RK and 8:07-bk-10772-RK)

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN PEOPLE'S CHOICE HOME LOAN, INC. AND PEOPLE'S CHOICE FUNDING, INC. LIQUIDATING TRUSTS AND UBS AG**

[No Hearing Required Per Local Bankruptcy Rule 9013-1(o)(1)]

The Court having considered the *Notice of Motion and Liquidating Trustee's Motion for Order Approving Settlement Between People's Choice Home Loan, Inc. and People's Choice Funding, Inc. Liquidating Trusts and UBS AG; Declaration of Ronald F. Greenspan in Support Thereof* (the "Motion") [Docket No. 2629][2] filed on October 11, 2012 by the Liquidating Trusts of

---

[1] The Debtors in these cases were People's Choice Home Loan, Inc.; People's Choice Funding, Inc.; and People's Choice Financial Corporation.
[2] Capitalized terms undefined herein shall have the meaning attributed to them in the Motion.

DOCS_LA:259878.3 30395/005

People's Choice Home Loan, Inc. ("PCHLI"), People's Choice Funding, Inc. ("PCFI"), and People's Choice Financial Corporation ("PCFC") (collectively, the "PC Trusts" and formerly the "Debtors"), by and through Ronald F. Greenspan, solely as the duly authorized and acting Liquidating Trustee for each of the PC Trusts (the "Liquidating Trustee") under the confirmed chapter 11 Plan in the Debtors' cases.

The Court having considered the Motion, the supporting Memorandum of Points and Authorities, and the files and records of the herein Case; and the Court having found that notice of the Motion was sufficient and appropriate; and no objection or opposition to the Motion having been filed; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety.

2. The PC Trusts are authorized to enter into the Settlement Agreement attached as **Exhibit A** to the Motion, and the Settlement Agreement is approved in all respects.

3. The PC Trusts are authorized to enter into and take any and all actions reasonably necessary to effectuate the Settlement Agreement.

4. The Court shall retain jurisdiction to hear all disputes arising from this Order or the Settlement Agreement.

IT IS SO ORDERED.

###

DATED: November 1, 2012

_____
United States Bankruptcy Judge

DOCS_LA:259878.3 30395/005

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN PEOPLE'S CHOICE HOME LOAN, INC. AND PEOPLE'S CHOICE FUNDING, INC. LIQUIDATING TRUSTS AND UBS AG** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 29, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery

Honorable Robert Kwan
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2012 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:259878.3 30395/005

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN PEOPLE'S CHOICE HOME LOAN, INC. AND PEOPLE'S CHOICE FUNDING, INC. LIQUIDATING TRUSTS AND UBS AG** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**   Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **November 1, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:**   A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**:   Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

## 2:12-bk-15811-RK Notice will be electronically mailed to:

Jose D Alarcon on behalf of Creditor Alberto Garcia
jalarcon@bettzedek.org

Daniel L Alexander on behalf of Interested Party Neil Kornswiet
daniel@colemanfrost.com

Todd M Arnold on behalf of Plaintiff Ronald F. Greenspan, solely in his capacity as Liquidating Trustee of (1) The People's Choice Home Loan, Inc. Liquidating Trust, (2) The People's Choice Funding, Inc. Liquidating Trust and (
tma@lnbyb.com

Alvin M Ashley on behalf of Attorney Irell & Manella
mashley@irell.com

Daniel I Barness on behalf of Creditor Debbie Oliphant
daniel@spiromoss.com

Henkie F Barron on behalf of Liquidator Liquidating Trustee of PCHLI, Funding, and PCFC Liquidating Trusts
hfbarron@gmail.com

Richard J Bauer on behalf of Creditor DEUTSCHIE BANK NATIONAL COMPANY AS TRUSTEE
rbauer@mileslegal.com

Ron Bender on behalf of Plaintiff Ronald F. Greenspan, solely in his capacity as Liquidating Trustee of (1) The People's Choice Home Loan, Inc. Liquidating Trust, (2) The People's Choice Funding, Inc. Liquidating Trust and (
rb@lnbyb.com

Patrick K Bruso on behalf of Interested Party Courtesy NEF
generalmail@alvaradoca.com

Andrew W Caine on behalf of Defendant People's Choice Financial Corporation
acaine@pszyjw.com

Rebecca J Callahan on behalf of Creditor I Direct Marketing Inc.
rcallahan@callahanlaw.biz

Theodore A Cohen on behalf of Creditor Residential Funding Company, LLC
tcohen@sheppardmullin.com, amontoya@sheppardmullin.com

Deborah Conley on behalf of Interested Party Courtesy NEF
bkmail@prommis.com

Vincent M Coscino on behalf of Creditor SunGard Availability Services LP
vcoscino@allenmatkins.com, jaallen@allenmatkins.com

Paul J Couchot on behalf of Interested Party Bear Stearns & Co. and EMC Mortgage Co.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;chipp@winthropcouchot.com

Theron S Covey on behalf of Creditor America's Servicing Company
tcovey@coveylawpc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Kevin A Crisp on behalf of Attorney Irell & Manella
kcrisp@irell.com

Peter A Davidson on behalf of Plaintiff Douglas McClary
pdavidson@mdfslaw.com, lpekrul@ecjlaw.com

Joseph C Delmotte on behalf of Creditor CitiMortgage, Inc.
ecfcacb@piteduncan.com

Willis B Douglass on behalf of Creditor United States of America IRS
Willis.B.Douglass@irscounsel.treas.gov

Jeffrey W Dulberg on behalf of Accountant Grant Thornton Llp
jdulberg@pszjlaw.com

Theresa H Dykoschak on behalf of Creditor Residential Funding Company, LLC
tdykoschak@faegre.com

Louis J Esbin on behalf of Defendant Classified Images
Esbinlaw@sbcglobal.net

Charles J Filardi on behalf of Creditor Federal Express Corporation
abothwell@filardi-law.com

H Alexander Fisch on behalf of Creditor Neil Kornswiet
afisch@stutman.com

Parisa Fishback on behalf of Creditor GMAC Mortgage, LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., solely as nominee for People's Choice Home Loan, Inc., its successors and/or assigns
pfishback@fishbacklawgroup.com

Steven B Flancher on behalf of Interested Party State of Michigan Department of Treasury
flanchers@michigan.gov

J Rudy Freeman on behalf of Debtor People's Choice Funding, Inc.
rfreeman@linerlaw.com

Jerome Bennett Friedman on behalf of Attorney J. Bennett Friedman
jfriedman@jbflawfirm.com, msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com

Anthony A Friedman on behalf of Creditor Ronald Greenspan, As Trustee of the Liquidating Trusts of People's Choice Home Loan, Inc, People's Choice Financial Corporation, and People's Choice Funding, Inc.
aaf@lnbyb.com

Jose A Garcia on behalf of Creditor CitiMortgage, Inc., as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee for People's Choice Home Loan, Inc., its successors and/or assigns
ecfcacb@piteduncan.com

Jeffrey K Garfinkle on behalf of Interested Party SunTrust Bank and SunTrust Asset Funding, LLC
bkgroup@buchalter.com, jgarfinkle@buchalter.com;docket@buchalter.com;svanderburgh@buchalter.com

Oscar Garza on behalf of Creditor Credit Suisse First Boston Mortgage Capital LLC
ogarza@gibsondunn.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Stanley E Goldich on behalf of Liquidator PCFC Liquidating Trust
sgoldich@pszjlaw.com

Stanley E Goldich on behalf of Plaintiff Liquidating Trust of People's Choice Funding, Inc.
sgoldich@pszyjw.com

Richard H Golubow on behalf of Creditor Natixis Real Estate Capital, Inc.
rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

Ronald F Greenspan
ron.greenspan@fticonsulting.com

Kevin Hahn on behalf of Creditor CARRINGTON MORTGAGE SERVICES, SERVICER AND ATTORNEY IN FACT FOR WELLS FARGO BANK NA AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007RFC1, ASSET-BACKED PASS-THROUGH CERTIFICATES
kevin@mclaw.org

Farhad Hajimirzaee on behalf of Plaintiff Ronald Greenspan, As Trustee of the Liquidating Trusts of People's Choice Home Loan, Inc, People's Choice Financial Corporation, and People's Choice Funding, Inc.
fhajimirzaee@winston.com

Matthew W Hamilton on behalf of Creditor Fulcrum Tower, I LP
mhamilton@fulcruminv.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com, ecfmarshackhays@gmail.com

Daniel L Hembree on behalf of Creditor Graystone Solutions, Inc.
ecfcacbsfv@piteduncan.com

Garrick A Hollander on behalf of Interested Party Bear Stearns & Co. and EMC Mortgage Co.
ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com

Thomas J Holthus on behalf of Creditor Bank One, NA as Trustee, in trust for the Holders of Structured Asset Securities Corporation ? Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC7, its assignee
bknotice@mccarthyholthus.com

Gil Hopenstand on behalf of Creditor Wells Fargo Bank NA
ghopenstand@wwolawyers.com

David I Horowitz on behalf of Attorney Kirkland & Ellis LLP
david.horowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;jay.bhimani@kirkland.com

Eric D. Houser on behalf of Creditor HSBC BANK USA, N.A., as Trustee
scleere@houser-law.com

James KT Hunter on behalf of Debtor People's Choice Home Loan, Inc.
jhunter@pszjlaw.com

Jay W Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Lance N Jurich on behalf of Creditor Merrill Lynch Mortgage Lending, Inc
ljurich@loeb.com, kpresson@loeb.com

Ivan L Kallick on behalf of Creditor Interthinx, Inc.
ikallick@manatt.com, ihernandez@manatt.com

David Kaplan on behalf of Attorney Irell & Manella LLP
dkaplan@irell.com

Grant C Keary on behalf of Interested Party WOOD GUTMANN AND BOGARD INS
gck@dlklaw.com

John W Kim on behalf of Creditor Iron Mountain Information Management Inc
jkim@nossaman.com

Benjamin J Kimberley on behalf of Creditor Ronald Greenspan, As Trustee of the Liquidating Trusts of People's Choice Home Loan, Inc, People's Choice Financial Corporation, and People's Choice Funding, Inc.
bkimberley@winston.com, kmorris@winston.com;hhammon@winston.com;docketsf@winston.com

Jessica Kronstadt on behalf of Interested Party Certain Defendants
jessica.kronstadt@lw.com

Donna L La Porte on behalf of Creditor Option One Mortgage Corporation
donna@laportelaw.net

David B Lally on behalf of Creditor Lillie Asbury
davidlallylaw@gmail.com

Ian Landsberg on behalf of Defendant Grant Thornton LLP
ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com

Scott Lee on behalf of Interested Party American International Specialty Lines Insurance Company
slee@lbbslaw.com

Leib M Lerner on behalf of Creditor Wachovia Bank, N.A.
leib.lerner@alston.com

Peter W Lianides on behalf of Interested Party Bear Stearns & Co. and EMC Mortgage Co.
plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

Ganna Liberchuk on behalf of Creditor Hain Capital Group, LLC
gliberchuk@haincapital.com

Kerri A Lyman on behalf of Attorney Irell & Manella
klyman@irell.com

William Malcolm on behalf of Creditor Carrington Mortgage Services, successor-in-interest to New Century Mortgage
bill@mclaw.org

Gregory A Martin on behalf of Liquidator Liquidating Trustee of PCHLI, Funding, and PCFC Liquidating Trusts
gmartin@winston.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Laura E Mascheroni on behalf of Interested Party Courtesy NEF
lmascheroni@corbsteel.com

David E McAllister on behalf of Creditor AMERICA'S SERVICING COMPANY
ecfcacb@piteduncan.com

Christopher M McDermott on behalf of Creditor People's Choice Funding, Inc.
ecfcacb@piteduncan.com

Scotta E McFarland on behalf of Debtor People's Choice Financial Corporation
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David J Mccarty on behalf of Creditor Residential Funding Company, LLC
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

David W. Meadows on behalf of Interested Party Ellington Management Group, L.L.C.
david@davidwmeadowslaw.com

Robert K Minkoff on behalf of Creditor Revenue Management
rminkoff@jefferies.com

Catherine A Moscarello - SUSPENDED - on behalf of Creditor Outsource Testing, Inc
catherine@moscarellolaw.com

Tania M Moyron on behalf of Plaintiff Ronald F. Greenspan, solely in his capacity as Liquidating Trustee of (1) The People's Choice Home Loan, Inc. Liquidating Trust, (2) The People's Choice Funding, Inc. Liquidating Trust and (
tmoyron@peitzmanweg.com

Randall P Mroczynski on behalf of Interested Party Oakland County Treasurer
randym@cookseylaw.com

Sean A Okeefe on behalf of Creditor Natixis Real Estate Capital, Inc.
sokeefe@okeefelc.com

John D Ott on behalf of Defendant Rondeux Relocation Services, Inc., d/b/a Penn Corporate Relocation Services
Jott@jdolawyers.com

Renee M Parker on behalf of Creditor LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5 Trust
bknotice@earthlink.net, bknotice@rcolegal.com;bknotice@earthlink.net;chanson@rcolegal.com

Daryl G Parker on behalf of Plaintiff Liquidating Trust of People's Choice Funding, Inc.
dparker@pszjlaw.com

JaVonne M Phillips on behalf of Creditor LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5 Trust, its assignees and/or successors and its servicing agent Washington Mutual Bank
bknotice@mccarthyholthus.com

Dean G Rallis Jr on behalf of Creditor Torres Rhonda
drallis@sulmeyerlaw.com

Kurt Ramlo on behalf of Interested Party PC Asset Acquisition, Inc.
kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Justin E Rawlins on behalf of Creditor Committee Official Committee of Unsecured Creditors
jrawlins@winston.com, docketla@winston.com

Richard J Reynolds on behalf of Defendant Corporate Business Interiors
glatimer@trlawyers.com

Jeremy V Richards on behalf of Debtor People's Choice Home Loan, Inc.
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Karen Rinehart on behalf of Other Professional Alvarez & Marsal North America LLC
krinehart@omm.com

Ronald D. Roup on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2004-1 Asset Backed Certificates 2004-1
ecf@rouplaw.com

Eric E Sagerman on behalf of Creditor Committee Official Committee of Unsecured Creditors
esagerman@winston.com, docketla@winston.com

Nicholas W Sarris on behalf of Interested Party Navigators Insurance Company
nsarris@kbrlaw.com

Robert M Saunders on behalf of Debtor People's Choice Home Loan, Inc.
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

Kristin A Schuler-Hintz on behalf of Creditor Carrington Mortgage Services, LLC, servicer and attorney in fact for "Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-RFCI, Asset-Backed Pass-Through Certificat
bknotice@mccarthyholthus.com

Nathan A Schultz on behalf of Creditor Neil Kornswiet
nschultzesq@gmail.com

David B Shemano on behalf of Creditor Neil Kornswiet
dshemano@peitzmanweg.com

Timothy J Silverman on behalf of Attorney US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust, 2006-HE2
tim@sgsslaw.com

Michael R Stewart on behalf of Creditor Residential Funding Company, LLC
mstewart@faegre.com

Sean Sullivan on behalf of Defendant Wildman Harrold Allen et al
seansullivan@dwt.com

Julia Szafraniec on behalf of Creditor LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5 Trust
bknotice@mccarthyholthus.com

Derrick Talerico on behalf of Attorney HSBC Mortgage Services, Inc.
dtalerico@loeb.com, kpresson@loeb.com

Patricia B Tomasco on behalf of Interested Party Ellington Management Group, L.L.C.
ptomasco@mailbmc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Robert Trodella on behalf of Creditor JPMorgan Chase National Association, and its successors and/or assignees
rtrodella@jonesday.com

Robert Trodella on behalf of Creditor Washington Mutual Mortgage Securities Corp.
robert.trodella@hellerehrman.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Darlene C Vigil on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3
cdcaecf@bdfgroup.com

Andrew F Whatnall on behalf of Creditor Debt Acquisition Company of America V LLC
awhatnall@daca4.com

John M White - SUSPENDED - on behalf of Creditor HSBC BANK USA, N.A., as Trustee
scleere@houser-law.com

David L Wilson on behalf of Creditor Ronald Greenspan, As Trustee of the Liquidating Trusts of People's Choice Home Loan, Inc, People's Choice Financial Corporation, and People's Choice Funding, Inc.
dlwilson@winston.com

Marc J Winthrop on behalf of Interested Party Bear Stearns & Co. and EMC Mortgage Co.
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

David M Wiseblood on behalf of Creditor HP/AG Esplanade at Locust Point-IV
dwiseblood@seyfarth.com

Jennifer C Wong on behalf of Creditor Bank One, NA as Trustee, in trust for the Holders of Structured Asset Securities Corporation ? Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC7, its assignee
bknotice@mccarthyholthus.com

Rolf S Woolner on behalf of Creditor Ronald Greenspan, As Trustee of the Liquidating Trusts of People's Choice Home Loan, Inc, People's Choice Financial Corporation, and People's Choice Funding, Inc.
rwoolner@winston.com

Donald A Workman on behalf of Creditor Fidelity National Information Services, Inc.
dworkman@bakerlaw.com

S Christopher Yoo on behalf of Creditor HSBC Bank USA, N.A.
cyoo@adornoca.com

Les A Zieve on behalf of Creditor Ocwen Loan Servicing, LLC
bankruptcy@zievelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

**3.    TO BE SERVED BY THE LODGING PARTY**:

| | |
|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>Attn:  Rick B. Antonoff, Esq.<br>1540 Broadway<br>New York, NY  10036 | UBS AG, Tampa Branch<br>c/o UBS Securities LLC<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| **Liquidating Trustee**<br>Ronald Greenspan/Tamara McGrath<br>FTI Consulting, Inc.<br>633 West 5th Street, Suite 1600<br>Los Angeles, CA  90071-2027 | **U.S. Trustee's Office**<br>Nancy S. Goldenberg, Esq.<br>Office of the U.S. Trustee<br>411 W. Fourth Street, Ste. 9041<br>Santa Ana, CA 92701-4593 |

**POST-EFFECTIVE DATE COMMITTEE**

| | | |
|---|---|---|
| Attorneys for Fidelity (f/k/a LSI)<br>Donald A. Workman, Esq.<br>Baker Hostetler<br>1050 Connecticut Ave., NW, Ste. 1100<br>Washington, DC  20036-5304 | Michael A. Criscito/Megan Kane<br>DLJ Mortgage Capital, Inc.<br>11 Madison Avenue<br>New York, NY  10010 | Attys. for DLJ<br>Samuel Newman/Sarah Powers<br>Gibson, Dunn and Crutcher LLP<br>333 S. Grand Ave., Ste. 4600<br>Los Angeles, CA  90071-3197 |
| Dennis Hastings/Carla Hastings<br>iDirect Marketing, Inc.<br>6789 Quail Hill Parkway, Suite 550<br>Irvine, CA  92603 | Neil Luria/George Koutsonicolis<br>Residential Funding Corporation<br>c/o Navigant Capital Advisors, LLC<br>15900 South Park Blvd.<br>Shaker Heights, OH  44120 | Attys. for Residential Funding<br>David J. McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope St., 48th Flr.<br>Los Angeles, CA  90071 |
| **REQUEST FOR SPECIAL NOTICE POST-PETITION** | Ben Barker<br>2932 Zircon Pl.<br>Carlsbad, CA  92004-4414 | Attys. for Robert Harris and David Cronenbold<br>Richard B. Specter, Esq.<br>Corbett, Steelman & Specter<br>18200 Von Karman Avenue, Ste. 900<br>Irvine, CA  92612-1086 |
| Attys. for Residential Funding Company<br>Michael Stewart/Theresa Dykoschak<br>Faegre & Benson LLP<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901 | Attys. for Residential Funding Company<br>David McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Flr.<br>Los Angeles, CA  90071-1448 | Attys. for Fidelity National<br>Donald A. Workman, Esq.<br>Baker & Hostetler LLP<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, DC  20036-5304 |
| Attys. for Fidelity National<br>Joseph L. Chairez, Esq.<br>Baker & Hostetler LLP<br>600 Anton Blvd., Ste. 900<br>Costa Mesa, CA  92626 | Attys. for HSBC Mortgage Services, Inc.<br>Lance Jurich / Derrick Talerico<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste. 2200<br>Los Angeles, CA  90067 | Attys. for HSBC Mortgage Services, Inc.<br>Stanley Orszula, Esq.<br>Loeb & Loeb LLP<br>321 North Clark Street, Suite 2300<br>Chicago, IL  60654 |
| Attys. for Washington Mutual Bank<br>Robert A. Trodella, Jr.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA  94104 | Hain Capital Group, LLC<br>James Yenzer<br>Hain Capital Group, LLC<br>301 Route 17, 7th Floor<br>Rutherford, NJ  07070 | Attys. for Neil Kornswiet<br>Daniel L. Alexander, Esq.<br>Coleman Frost LLP<br>429 Santa Monica Blvd., Suite 700<br>Santa Monica, CA  90401 |
| Attys. for The C-BASS Liquidation Trust<br>Mark Power/Jeffrey Zawadzki/<br>Christopher Hunker<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY  10022 | | |
| **ADMINISTRATIVE CLAIMS** | Attys. for Neil Kornswiet<br>Gary Klausner/H. Fisch<br>Stutman, Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067 | Attorneys for Creditor David Zimmer<br>Sara Chenetz, Esq.<br>Blank Rome LLP<br>1925 Century Park E 19th FL<br>Los Angeles, CA 90067 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005

Case 2:12-bk-15811-RK    Doc 2636    Filed 11/01/12    Entered 11/01/12 15:01:16    Desc
Main Document    Page 13 of 13


**CLAIMANTS**

DB Structured Products, Inc.
Steven Wilamowsky, Esq.
Bingham McCutchen LLP
399 Park Ave.
New York, NY  10022-4689

CSFB/DLJ
Samuel A. Newman
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA  90071-3197

Fulcrum Tower I, LP
Matthew Hamilton
111 Congress Avenue, Suite 2550
Austin, TX  78701

Goldman Sachs Mortgage Company
Lisa Schweitzer, Esq.
Megan Fleming
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006-1470

HSBC Mortgage Services, Inc.
Michael Molinaro, Esq.
Loeb & Loeb LLP
321 North Clark St., Ste. 2300
Chicago, IL  60610

HSBC Mortgage Services, Inc.
Blair R. Zanzig
Loeb & Loeb LLP
321 North Clark St., Ste. 2300
Chicago, IL  60610

Merrill Lynch Mortgage Lending, Inc.
Derrick Talerico, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067

Merrill Lynch Mortgage Investors Trust
Derrick Talerico, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067

US Bank N.A. as Trustee of the Merrill Lynch Mortgage Investors Trust
Franklin H. Top III
Chapman And Cutler LLP
111 West Monroe Street
Chicago, IL  60603-4080

RFC
David McCarty
Sheppard Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071

RFC
Michael Stewart / Theresa Dykoschak
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

Suntrust Robinson Humphrey Funding, LLC
Kathleen O'Connell / Woodruff Polk
Suntrust Bank
Mail Code Ga-Atlanta-0062
303 Peachtree St.
Atlanta, GA  30308

US Bank
Franklin H. Top III
Chapman And Cutler LLP
111 West Monroe Street
Chicago, IL  60603-4080

Washington Mutual Mortgage Securities Corp
Robert A. Trodella
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104

Wachovia
Hugh M. McDonald, Esq.
SNR Denton US LLP
1221 Avenue Of The Americas
New York, NY  10020-1089

EMC/Bear Stearns
Richard L. Smith
Exec. Dir. & Asst Gen Counsel
J.P. Morgan
1 Chase Square, Floor 25
Rochester, NY  14643-0001

EMC/Bear Stearns
Lynn Mesuk
Exec. Dir. & Asst Gen Counsel
J.P. Morgan
277 Park Avenue, 13th Floor
New York, NY  10172

**D&O DEFENDANTS**

Attorneys for Neil B. Kornswiet
Mark Holscher, Esq., Michael Baumann, Esq.
David I. Horowitz, Esq., Jay L. Bhimani, Esq.
Kirkland & Ellis LLP
333 S. Hope Street
Los Angeles, CA  90071

Attorneys for Robert L. Harris, David F. Cronenbold, and Victor Coleman
Richard B. Specter, Esq.
Laura E. Mascheroni, Esq.
Corbett, Steelman & Specter
18200 Von Karman Ave., #900
Irvine, CA  92612-1023

Attorneys for Kathleen Lipps
Russell F. Sauer Jr., Esq., Charles W. Cox, Esq.
Anita P. Wu, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560

Attorneys for Brad Plantiko
A. Matthew Ashley, Esq.,
Scott D. Baskin, Esq.
Kevin A. Crisp, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660-6324

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:259878.3 30395/005