**WINSTON & STRAWN LLP**
ERIC E. SAGERMAN (SBN: 155496)
ROLF S. WOOLNER (SBN: 143127)
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
esagerman@winston.com
rwoolner@winston.com

Counsel for Ronald Greenspan, as Trustee of the
Liquidating Trusts of PCHLI, PCFI and PCFC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>PEOPLE'S CHOICE HOME LOAN INC., et al.[1]<br><br>Debtors. | **Case No. 2:12-bk-15811-RK**<br><br>(Jointly Administered with 2:12-bk-16200-RK and 2:12-bk-16201-RK)<br><br>(Transferred from 8:07-bk-10765-RK and Jointly Administered with Case Nos. 8:07-bk-10767-RK and 8:07-bk-10772-RK)<br><br>Chapter 11<br><br>**NOTICE OF ENTERED ORDER EXTENDING TERM OF LIQUIDATING TRUSTS THROUGH AND INCLUDING AUGUST 30, 2019**<br><br>[No Hearing Required] |

---

[1] The Debtors in these proceedings were: People's Choice Home Loan, Inc., People's Choice Funding, Inc. and People's Choice Financial Corporation.

**TO THE INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that on July 6, 2018, the Court entered the following Order:

### ORDER EXTENDING TERM OF LIQUIDATING TRUSTS THROUGH AND INCLUDING AUGUST 30, 2019

    A copy of the entered Order is attached hereto as Exhibit "A."

Dated: August 9, 2018     Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Rolf S. Woolner
    Rolf S. Woolner
    Counsel for Ronald Greenspan, as Trustee of the Liquidating Trusts of PCHLI, PCFI and PCFC